FILED

2018 JUN 21  PM 12: 52

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATED OF AMERICA, | ) **I N D I C T M E N T** |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) **1 : 18  CR  331** |
| v. | ) CASE NO. |
| | ) Title 21, Sections 841(a)(1), |
| TROY DAVIS, | ) (b)(1)(A), (b)(1)(B), (b)(1)(C), |
| REGINALD JENKINS, | ) 843(b) and 846, United States |
| STEPHEN PHARES, | ) Code; Title 18, Sections 853, |
| DEONDRE VAUGHN, | ) 1952(a)(3) and 2, United States |
| JARELL DAVIS, | ) Code |
| LEON LAMONT WASHINGTON, | ) |
| RAYMOND TRENELL OLIVER, | ) |
| ANTHONY ROGERS, | ) |
| ELONZO DAVIS, | ) |
| QUADRON JOHNSON, | ) **JUDGE PEARSON** |
| WILLIAM SOLOMON, | ) |
| MALIK HOBSON, | ) |
| JOHNNIE LAWRENCE, | ) |
| RICHARD FLUKER, | ) |
| TROY MARTIN, | ) |
| MYRON L. PRYOR, | ) |
| ALVIN FENNELL, | ) |
| TERRANCE WILLIAMS, | ) |
| AARON WHITE, | ) |
| ALKEEM FENNELL, | ) |
| CASSANDRA STUDEBAKER, | ) |
| COURTNEY WARRENS, | ) |
| TOMMIE RICHARDSON, | ) |
| ARTHUR SOLOMON, | ) |
| TRAMAINE MICKEY WRIGHT, | ) |
| | ) |
| Defendants. | ) |

COUNT 1
(Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, 21
U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), in violation of 21 U.S.C. § 846)

The Grand Jury charges:

1.      Beginning at least as early as January 1, 2017, and continuing through June 21,

2018, the exact dates to the Grand Jury unknown, in the Northern District of Ohio, Eastern

Division, and elsewhere, Defendants TROY DAVIS, REGINALD JENKINS, STEPHEN

PHARES, DEONDRE VAUGHN, JARELL DAVIS,  LEON LAMONT WASHINGTON, RAYMOND TRENELL OLIVER, ANTHONY ROGERS, ELONZO DAVIS, QUADRON JOHNSON, WILLIAM SOLOMON, MALIK HOBSON, JOHNNIE LAWRENCE, RICHARD FLUKER, TROY MARTIN, MYRON L. PRYOR, ALVIN FENNELL, TERRANCE WILLIAMS, AARON WHITE, ALKEEM FENNELL, CASSANDRA STUDEBAKER, COURTNEY WARRENS, TOMMIE RICHARDSON, ARTHUR SOLOMON, and TRAMAINE MICKEY WRIGHT, collectively "Defendants," and others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agreed together and with each other, and with diverse others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute the following: at least 100 grams or more of a mixture or substance containing a detectable amount of Furanyl Fentanyl, a Schedule I controlled substance; at least 280 grams or more of a mixture and substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance; at least 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; at least 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; at least 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and 10 grams or more of a mixture or substance containing detectable amounts of carfentanil, a Schedule II controlled substance, 3-MethylFentanyl, a Schedule I controlled substance, Cyclopropyl Fentanyl, a Schedule I controlled substance, para-Fluoroisobutyryl Fentanyl, a Schedule I controlled substance, U-47700, a Schedule I controlled substance, and Methoxyacetyl Fentanyl, a Schedule I controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B) and 846.

## MANNER AND MEANS OF THE CONSPIRACY

2.      It was part of the conspiracy that JENKINS, who resides in South Carolina, sold TROY DAVIS pills laced with Furanyl Fentanyl, and had them pressed to look like 30 mg Percocet pills.  It was part of the conspiracy that TROY DAVIS purchased them in South Carolina, brought them back to the Northern District of Ohio and then distributed them to PHARES among others.

3.      It was part of the conspiracy that TROY DAVIS sold cocaine base (crack), heroin, fentanyl, various fentanyl analogues, and cocaine to customers and re-distributors in and around Elyria, Ohio.

4.      It was part of the conspiracy that VAUGHN, JARELL DAVIS, WASHINGTON, OLIVER, and ROGERS all supplied TROY DAVIS, ELONZO DAVIS, JOHNSON and others with cocaine and/or cocaine base (crack).

5.      It was part of the conspiracy that VAUGHN also supplied TROY DAVIS and ELONZO DAVIS with heroin, fentanyl, and fentanyl analogues, for redistribution to LAWRENCE, WHITE, PRYOR, HOBSON, and others.

6.      It was part of the conspiracy that ELONZO DAVIS redistributed narcotics, particularly cocaine, to WILLIAM SOLOMON, ARTHUR SOLOMON, and others.

7.      It was part of the conspiracy that conspirators, including but not limited to, TROY DAVIS, JARELL DAVIS, and ELONZO DAVIS used numerous vehicles, including rental cars, for the purpose of transporting and distributing narcotics without law enforcement detection.

8.      It was part of the conspiracy that conspirators TROY DAVIS, WASHINGTON, QUADRON JOHNSON, ELONZO DAVIS and others, used homes located in the City of Elyria, Ohio, to store and distribute narcotics and narcotics proceeds.

3

9.      It was part of the conspiracy that conspirators TROY DAVIS, WASHINGTON, ELONZO DAVIS, JARELL DAVIS, and others, used telephones, in particular multiple prepaid cellular telephones, to communicate with narcotics customers, and that they changed cellular telephones frequently.

10.     It was further part of the conspiracy that co-conspirators used cellular telephones to make and receive telephone calls, and to send and receive text or other electronic messages, to conduct their drug trafficking activity. To reduce the risk of being detected by law enforcement, and to conceal the identity of the person using the device, co-conspirators often used cellular telephones that had been obtained in the names of other persons or in fictitious names. It was further part of the conspiracy that the co-conspirators, when using cellular phones or text messaging to conduct drug trafficking activity, used slang terms, street terminology, or code words or phrases to obscure and to disguise the true nature of their activities, and the true meaning of their conversations.

11.     It was part of the conspiracy that conspirators ALVIN FENNELL, ARTHUR SOLOMON, TROY DAVIS, ELONZO DAVIS, WRIGHT, WILLIAMS, MARTIN, WASHINGTON, FLUKER, JOHNSON, LAWRENCE, VAUGHN, and others, sold controlled substances to confidential sources.

12.     It was part of the conspiracy that conspirators STUDEBAKER, ALKEEM FENNELL, WARRENS, WHITE, and RICHARDSON all purchased narcotics directly for distribution and personal use from TROY DAVIS on multiple occasions. It was part of the conspiracy that all Defendants and customers used coded language to purchase and distribute narcotics.

ACTS IN FURTHERANCE OF THE CONSPIRACY

13.     In furtherance thereof, and to effect the goals and conceal the existence of the conspiracy, Defendants and others performed overt acts in the Northern District of Ohio, Eastern Division and elsewhere, including but not limited to the following:

14.     On or about January 16, 2017, Defendant ALKEEM FENNELL and M.M. (known to the Grand Jury but not charged herein) sold a confidential informant, hereinafter CS-10, .17 grams of fentanyl for $80.00 dollars at a residence on West River Road North in Elyria, Ohio.

15.     On or about January 19, 2017, a confidential informant, hereinafter CS-1, made an undercover purchase of cocaine base (crack) from ALVIN FENNELL. CS-1 purchased 2.42 grams of crack from ALVIN FENNELL for $150.00 dollars while in the vicinity of the Wilkes Villa Apartments in Elyria, Ohio.

16.     On or about January 26, 2017, Defendant ALKEEM FENNELL and M.M. sold CS-10 .08 grams of heroin and .07 grams of cocaine base (crack) for $50.00 dollars near a residence on West River Road North in Elyria, Ohio.

17.     On or about January 27, 2017, Defendants ALKEEM FENNELL and MALIK HOBSON were in possession of the following drugs in a home located in Elyria, Ohio: 28.59 grams of heroin, and 17.43 grams of cocaine.

18.     On or about January 31, 2017, CS-1 purchased approximately .89 grams of heroin from ALVIN FENNELL for $140.00 dollars on Bell Avenue in Elyria, Ohio.

19.     On or about May 3, 2017, a confidential informant, hereinafter CS-11, purchased approximately .29 grams of cocaine base (crack) from Defendant AARON WHITE for $40.00 dollars at a residence on Lake Avenue in Elyria, Ohio.

20.    On or about May 17, 2017, WHITE sold CS-11 .42 grams of cocaine base (crack) and .18 grams of heroin for $120.00 dollars near a business located on Lake Avenue in Elyria, Ohio.  Around approximately the same time, WHITE possessed an additional 3.61 grams of cocaine base (crack) on his person.

21.    On or about June 6, 2017, TROY DAVIS, near his home on Bell Avenue in Elyria, Ohio, sold a confidential informant, hereinafter CS-2, .84 grams of cocaine base (crack) for $60.00 dollars.

22.    On or about June 9, 2017, ELONZO DAVIS sold CS-2 .93 grams of cocaine base (crack) for $60.00 dollars while near the intersection of West 19th Street and West River Road in Elyria, Ohio.

23.    On or about June 12, 2017, ELONZO DAVIS sold a confidential informant, hereinafter CS-3, 2.9 grams of cocaine base (crack) for $160.00 dollars on Bell Avenue in Elyria, Ohio.

24.    On or about June 30, 2017, ALVIN FENNELL sold CS-1 approximately 2.55 grams of cocaine base (crack) for $150.00 dollars.  This transaction took place near the emergency room of University Hospital in Elyria, Ohio.

25.    On or about July 22, 2017, ARTHUR SOLOMON sold a confidential informant, hereinafter CS-9, .3 grams of crack for $40.00 dollars near a residence on 135 Beebe Avenue in Elyria, Ohio.

26.    On or about August 1, 2017, ELONZO DAVIS sold CS-3 1.81 grams of cocaine base (crack) for $100.00 dollars.  This purchase took place in the parking lot of a Speedway gas station in Elyria, Ohio.

27.    On or about August 7, 2017, TROY DAVIS sold CS-2 .57 grams of cocaine base (crack) for $80.00 dollars on Melvyn Lane in Elyria, Ohio.

28.     On or about August 14, 2017, WRIGHT sold CS-2 .54 grams of cocaine base (crack) for $80.00 dollars on Broad Street in Elyria, Ohio.

29.     On or about August 23, 2017, TROY DAVIS sold CS-1 2.04 grams of cocaine base (crack) for $140.00 dollars near his house on Bell Avenue in Elyria, Ohio.

30.     On or about September 6, 2017, TROY DAVIS sold CS-1 1.14 grams of a mixture of heroin, U-4770, carfentanil, and fentanyl for $100.00 dollars on Bell Avenue in Elyria, Ohio.

31.     On or about September 7, 2017, ELONZO DAVIS sold CS-3 2.24 grams of cocaine base (crack) and .85 grams of heroin for $180.00 dollars on Bell Avenue in Elyria, Ohio.

32.     On or about September 13, 2017, TROY DAVIS sold CS-1 3.05 grams of a mixture of heroin and 3-Methyl Fentanyl for $360.00 dollars near Melvyn Lane in Elyria, Ohio.

33.     On or about September 15, 2017, ELONZO DAVIS sold CS-2 .88 grams of cocaine base (crack) for $80.00 dollars at Johnny's Car Wash on Lake Avenue in Elyria, Ohio.

34.     On or about September 28, 2017, TROY DAVIS sold CS-1 3.6 grams of a mixture of heroin, cocaine, and 3-Methyl Fentanyl for $360.00 dollars in the parking lot of Mr. Hero located on Lake Avenue in Elyria, Ohio.

35.     On or about October 6, 2017, TROY DAVIS sold CS-1 2.28 grams of a mixture of heroin and 3-Methyl Fentanyl for $360.00 dollars on Lake Avenue in Elyria, Ohio.

36.     On or about October 7, 2017, at approximately 1:12 a.m., TROY DAVIS sent an outgoing text message to D.C. (known to the Grand Jury but not charged herein), on the telephone. TROY DAVIS responded via text, "Need a few more." D.C. responded via text, "Who is this new phone don't got numbers saved." TROY DAVIS stated, "Red (TROY DAVIS' nickname) high st." TROY DAVIS responded via text, "Be there in a 15 min…." then, "'Bout to pull in bro bring 4 (ounces of cocaine)." D.C. responded via text, "gotta come in

cameras outside." D.C. then provided the unit number to his/her apartment building to TROY DAVIS via text.

37.     On or about October 7, 2017, at approximately 8:38 p.m., TROY DAVIS received an incoming call from FLUKER. During the conversation, FLUKER stated, "What's up man? I'm trying to shoot some pool, I'm trying to shoot some pool (order cocaine)." TROY DAVIS responded, "I only got it the hard way (crack) though for right now."

38.     On or about October 8, 2017, at approximately 7:17 p.m., TROY DAVIS received an incoming call from WHITE. During the conversation, WHITE stated, "Can you come scoop me at Texas Roadhouse real quick?" TROY DAVIS responded, "Who is this?" WHITE stated, "This Aaron." TROY DAVIS responded, "Oh yeah, yeah, what's up bro what you want." WHITE stated, "Uhh s**t just bring me a bally (3.5 grams of cocaine)." TROY DAVIS asked WHITE if he wanted it "already done (cooked into crack)?" WHITE responded, "Yeah, already together." TROY DAVIS responded, "Alright I'll call you when I get out there."

39.     On or about October 11, 2017, at approximately 9:17 p.m., TROY DAVIS made an outgoing call to JENKINS. During the conversation, JENKINS and TROY DAVIS agreed to meet "Sunday." TROY DAVIS stated, "400 of them though, bro (400 fentanyl pills stamped to look like 30 mg Percocet pills)."

40.     On or about October 12, 2017, at approximately 12:41 a.m., TROY DAVIS received an incoming call from an Unknown Male. During the conversation, the Unknown Male stated, "I threw that s**t on the scale and it said six point nine (6.9)." TROY DAVIS responded, "Six point nine (6.9 grams of cocaine) in the bag." The Unknown Male said, "Well the bag is a gram." TROY DAVIS responded, "Oh you know what I put that on the scale it's supposed to be seven point nine (7.9 grams of cocaine)." The Unknown Male stated, "I'm not tripping." TROY

DAVIS responded, "Do fifty dollars a gram, I'll make it right." The Unknown Male replied, "Alright."

41.     On or about October 12, 2017, at approximately 10:39 a.m., ELONZO DAVIS made an outgoing call to WILLIAM SOLOMON. During the conversation, WILLIAM SOLOMON asked ELONZO DAVIS to "bring me a hizzy (1/2 ounce of cocaine). My dude wants a hizzy." ELONZO DAVIS responded, "Okay, alright, I'll be there soon as."

42.     On or about October 12, 2017, at approximately 5:01 p.m., ELONZO DAVIS received an incoming phone call from TROY DAVIS. During the conversation, TROY DAVIS asked, "You going to see that boy (the supplier)?" ELONZO DAVIS responded, "Who? No, I'm 'bout to call him now. Actually I was texting him. When you be seeing him?" TROY DAVIS said, "Aight, I need him too." ELONZO DAVIS responded, "Aight, well s**t, you want to just put it in (do you want to purchase narcotics together)?" TROY DAVIS said, "Yeah, I need two of them (two ounces of cocaine)." ELONZO DAVIS said in response, "I need one and a half (ounces)." TROY DAVIS stated, "Aight, Aight." ELONZO DAVIS responded, "Aight, well just go ahead and put it in then (place the order with the supplier)."

43.     On or about October 12, 2017, at approximately 10:15 p.m., TROY DAVIS received an incoming call from WHITE. During the conversation, WHITE and TROY DAVIS agreed to meet, and TROY DAVIS asked, "What you want me to bring you though?" WHITE said, "Seven (grams of cocaine)." TROY DAVIS then asked WHITE, "You want soft right (cocaine)?" WHITE said, "Yeah."

44.     On or about October 13, 2017, at approximately 5:03 p.m., ELONZO DAVIS made an outgoing call to O.W (known to the Grand Jury but not charged herein). During the conversation, ELONZO DAVIS stated, "Yeah I'm about to have here little thing at South Park. We supposed to be there now, we leaving now, runnin' late but like from five to seven or eight,

if you wanna swing down." O.W. responded, "Yeah, I can do that." ELONZO DAVIS stated "And then we can kill two birds with you know." O.W. responded, "Yeah that's one." Approximately two minutes after the conversation ends, ELONZO DAVIS sent a text message to O.W. stating, "Bk 2 the 7 bro got taxed but its all one (half ounce of cocaine for $700)."

45.     On or about October 13, 2017, at approximately 5:47 p.m., TROY DAVIS made an outgoing phone call to S.F. (known to the Grand Jury but not charged herein). During the conversation, TROY DAVIS stated, "They feel like you full s**t! They get mad at you. Some things you just can't help right now, man. I told somebody…" S.F. said, "Alright." TROY DAVIS responded, "Came on my back porch and stole nine thousand dollars' worth of my s**t (drugs), man."

46.     On or about October 14, 2017, at approximately 10:44 a.m., ELONZO DAVIS made an outgoing call to TROY DAVIS. During the conversation, ELONZO DAVIS stated, "Oh, okay. I figured that too. What's up with that ten-fifty ($1,050 worth of cocaine)?" TROY DAVIS replied, "'Bout to call him right now." ELONZO DAVIS stated, "Let's get four and a hizzy of some (four and a half ounces of cocaine for $1,050 dollars per ounce)." TROY DAVIS asked, "Right now?" ELONZO DAVIS responded, "Yeah, if he drop it down, four and a hizzy if not I'll take two. Go ahead and make a call and let me know. I'm waiting on you. I've been up. Soon as I got up I said, damn let me call, Unc ("Unc" is a nickname for TROY DAVIS)." TROY DAVIS replied, "Alright."

47.     On or about October 14, 2017, at approximately 11:14 a.m., TROY DAVIS called ELONZO DAVIS. TROY DAVIS said, "Bro just hit me up, so I'm a just f**k with bro, man (buy from this other supplier)." ELONZO DAVIS replied, "Oh, okay. Yeah, f**k him then, s**t two." TROY DAVIS stated, "Yeah, aight two? I'm a get two and a half, aight (2.5 ounces of cocaine)."

48.     On or about October 14, 2017, at approximately 2:19 p.m., ELONZO DAVIS received an incoming call from TROY DAVIS. During the conversation, TROY DAVIS said, "Come on." ELONZO DAVIS asked, "Huh?" TROY DAVIS stated, "Grab a cigar and come on." ELONZO DAVIS responded, "Okay, go ahead and get one." TROY DAVIS said, "Alright, alright." ELONZO DAVIS replied, "If he can make that for one and a hizzy (one and a half ounces of cocaine), for real." TROY DAVIS said, "Alright."

49.     On or about October 14, 2017, at approximately 8:23 p.m., ELONZO DAVIS made an outgoing phone call to TROY DAVIS. During the conversation, TROY DAVIS stated, "Well I'm going to try to come over to you. I'm going to try to do that. Whenever we can get them ten racks (ten thousand dollars)." ELONZO DAVIS responded, "Right, we used to get them. Yeah, even if it's just to get them from him." TROY DAVIS stated, "Yeah, that's what I said. We would've worked two. We could've gotten four hundred of them (fentanyl pills). You know what I mean?" ELONZO DAVIS responded, "Right, okay."

50.     Between on or about October 15, 2017, and October 18, 2017, TROY DAVIS traveled from Elyria, Ohio to Varnville, South Carolina, and purchased 400 Furanyl Fentanyl pills, stamped to look like 30 mg Percocet pills, from JENKINS.

51.     On or about October 15, 2017, at approximately 2:21 p.m., ELONZO DAVIS made an outgoing call to WILLIAM SOLOMON. During the conversation, WILLIAM SOLOMON asked, "You got more (cocaine)?" ELONZO DAVIS responded, "Yeah, I got a little bit nah." WILLIAM SOLOMON stated, "I got a move." ELONZO DAVIS responded, "OK. Already done (cooked into crack)?" WILLIAM SOLOMON replied, "Yeah, bring it, I'll give you that, that other thing. Bring me a hizzy (half-ounce)." ELONZO DAVIS replied, "Ok."

52. On or about October 15, 2017, at approximately 5:26 p.m., ELONZO DAVIS made an outgoing phone call to TROY DAVIS. During the conversation, TROY DAVIS stated, "I don't know how I did this s**t bro, but I seem like I got all that s**t bro and I done made like fifteen hundred dollars. I don't know how I did it though." ELONZO DAVIS responded, "Damn." TROY DAVIS stated, "And I still got all that same s**t. Got like three zips (ounces) of soft (cocaine), man. Unless you want one. You want one?" ELONZO DAVIS replied, "Hell yeah."

53. On or about October 15, 2017, at approximately 10:14 p.m., ELONZO DAVIS made an outgoing phone call to WHITE. During the conversation, WHITE asked, "You still got some more?" ELONZO DAVIS asked, "Who this?" WHITE stated, "This AARON." ELONZO DAVIS responded, "Oh yeah, yeah. I'm trippin. Yeah." WHITE asked, "Two times what I got?" ELONZO DAVIS responded, "Almost...nope...nope...nope, just a little of the same." WHITE asked, "What is it? Like five?" ELONZO DAVIS responded, "Yeah about that...uh...six. Something like that. Five and a half (grams of cocaine)."

54. On or about October 16, 2017, at approximately 3:30 p.m., ELONZO DAVIS made an outgoing phone call to WILLIAM SOLOMON. During the conversation, WILLIAM SOLOMON stated, "I need a hizzy (half-ounce)." ELONZO DAVIS asked, "Same like yesterday?" WILLIAM SOLOMON said, "Undone (cocaine). Yeah." ELONZO DAVIS stated, "Oh s**t. Alright, give me a few minutes. I gotta call him and get it first. You hear me?"

55. On or about October 16, 2017, at approximately 9:18 p.m., TROY DAVIS received an incoming phone call from JOHNSON. During the conversation, JOHNSON asked, "You ain't have no...um...you ain't have nothing ready?" TROY DAVIS stated, "Yeah, I got it ready (the cocaine is cooked into crack)." JOHNSON stated, "What you want to charge me for a seven?" TROY DAVIS responded, "A seven? I charge three hundred. I charge you two seventy

12

five though (seven grams of crack for $275)." JOHNSON said, "I guess I come down, come and get that from you boy." TROY DAVIS stated, "I'll call you when I get to the house."

56.     On or about October 17, 2017, at approximately 3:14 p.m., ELONZO DAVIS received an incoming phone call from WILLIAM SOLOMON. During the conversation, WILLIAM SOLOMON asked, "You rollin'?" ELONZO DAVIS replied, "Nope, nope. Can be. Why?" WILLIAM SOLOMON stated, "I need a hizzy (half ounce of cocaine)."

57.     On or about October 17, 2017, at approximately 11:36 p.m., TROY DAVIS received an incoming phone call from RICHARD FLUKER. During the conversation, FLUKER stated, "One of my ni**as want a half...of soft (half gram of cocaine)." TROY DAVIS responded, "I ain't got it soft, bro (out of cocaine). It won't be till the morning and s**t." On the call, investigators heard FLUKER speak in the background, and tell another subject, "He ain't got soft, it's hard (crack)." FLUKER then told TROY DAVIS, "Hold the hard there, man." TROY DAVIS responded, "You want how much of the hard?" FLUKER stated, "A quarter...same thing you give me (a quarter ounce of crack)."

58.     On or about October 18, 2017, at approximately 12:29 p.m., ELONZO DAVIS made an outgoing phone call to ARTHUR SOLOMON. During the conversation, A. SOLOMON stated, "I see you ain't got no more thing (cocaine)?" ELONZO DAVIS responded, "Yeah, yeah." ARTHUR SOLOMON stated, "Well s**t dude bring me the ball (3.5 grams of cocaine)." ELONZO DAVIS responded, "Yeah, that's the thing I can't, I cut back. I mean I can but can't nobody." ARTHUR SOLOMON stated, "Oh you already gone?" ELONZO DAVIS responded, "Yeah, can't nobody get, you know." ARTHUR SOLOMON then asked, "Well s**t, well how you planning on getting it?" ELONZO DAVIS replied, "I'm a have uh...Linda come get it (go to the stash house and retrieve the drugs)." ELONZO DAVIS later said in the conversation, "Ok, I'm a call her and tell her." After this conversation, ELONZO DAVIS sent

13

an outgoing text message to L.M. (known to the Grand Jury but not charged herein), which stated, "go around the corner n get it frm ratt u gt to go nw (go now and bring me the drugs from the stash location)."

59.     On or about October 18, 2017, at approximately 1:14 p.m., TROY DAVIS made an outgoing phone call to STUDEBAKER. During the conversation, TROY DAVIS stated, "I got some uhh...I got a bunch of P thirties (30 mg Percocet Pills) and s**t. You want to help me get rid of them? For twenty-five dollars a pop?" STUDEBAKER responded, "Um...yeah what...which ones are they?" TROY DAVIS stated, "They the blues." STUDEBAKER said, "Ok. How many you got?" TROY DAVIS responded, "I got four hundred of them." STUDEBAKER said, "Holy s**t." TROY DAVIS stated, "I got a plug (a drug supply connection, JENKINS), baby. I'll plug you in too if you need me to, but you gotta...gotta go down south (South Carolina). You know what I mean?" Later in the conversation, TROY DAVIS stated, "I'm getting them for ten dollars apiece (per pill) baby, so we'll work something out."

60.     On or about October 18, 2017, at approximately 6:13 p.m., TROY DAVIS made an outgoing phone call to WHITE. During the conversation, TROY DAVIS stated, "I got some soft (cocaine)." WHITE responded, "Oh, you got some?" TROY DAVIS said, "Yeah." WHITE replied, "Can I come there?" TROY DAVIS stated, "I'll pull up at your house, bro." WHITE replied, "I'm coming from Lagrange. Pull up there...fifteen minutes." TROY DAVIS asked, "What you want me to bring you?" WHITE answered, "...half of one (half ounce of cocaine). TROY DAVIS asked, "Huh...a bally (1/8 ounce of cocaine)?" WHITE responded, "Half...half." TROY DAVIS asked, "A half zip (half ounce of cocaine)?" WHITE replied, "Yeah."

61.     On or about October 18, 2017, at approximately 9:03 p.m., TROY DAVIS received an incoming text message from MARTIN.  In the text message, MARTIN stated, "That's only 21G KID." Approximately one minute later, TROY DAVIS received an incoming phone call from MARTIN, where MARTIN stated, "you know that...you knew that was only twenty one, right (the cocaine only weighs 21 grams)."  TROY DAVIS responded, "That's...I give you the wrong one then, just tell him to hold that down. I'll bring him another one before I leave."

62.     On or about October 19, 2017, at approximately 6:47 p.m., ELONZO DAVIS received an incoming phone call from HOBSON.  During the conversation, HOBSON stated, "I need a...I need a 540 ($540 worth of cocaine).  You know what I'm talkin about? ... You hear me?" ELONZO DAVIS stated, "Yeah, I heard you."

63.     On or about October 19, 2017, at approximately 8:28 p.m., TROY DAVIS made an outgoing phone call to LAWRENCE.  During the conversation, TROY DAVIS stated, "... a good lick. I some...uh...a dude that got the perk thirties (30 mg Percocet pills) for ten dollars down here so..." LAWRENCE responded, "Shut the f**k up." TROY DAVIS stated, "Yeah."

64.     On or about October 20, 2017, at approximately 2:59 p.m., TROY DAVIS received an incoming phone call from PHARES.  During the conversation, PHARES asked, "You got 'em?" TROY DAVIS responded, "Yeah man just have 'em (fentanyl pills) sold when I get there. Talk to that dude that you say gonna buy 'em for ten thousand dollars bro, and it's on and poppin' my man."

65.     On or about October 20, 2017, at approximately 5:43 p.m., ELONZO DAVIS received an incoming text message from ARTHUR SOLOMON.  In that text message, ARTHUR SOLOMON asked, "You got a ball (1/8 ounce of cocaine)."

66.     On or about October 21, 2017, at approximately 9:44 a.m., ELONZO DAVIS received an incoming text message from JARELL DAVIS, which stated, "hw mny." ELONZO DAVIS replied, "1n hf (1.5 ounces of cocaine)."

67.     On or about October 21, 2017, at approximately 11:16 a.m., ELONZO DAVIS placed an outgoing phone call to WILLIAM SOLOMON. During the conversation, WILLIAM SOLOMON asked, "You bring that thing for me?" ELONZO DAVIS responded, "Nah, I ain't get it yet. I just have a little bit of done that Rat (ARTHUR SOLOMON) wanted. You wanted something not done right (cocaine, as opposed to cocaine base (crack))?" WILLIAM SOLOMON said, "I said I only wanted a basketball (1/8 ounce of cocaine)." ELONZO DAVIS said, "Oh, ok." WILLIAM SOLOMON stated, "Yeah, I can't. It ain't enough for me to...you know what I mean. I can't mess with that." ELONZO DAVIS asked, "Huh?" WILLIAM SOLOMON stated, "I can't mess with that...I can't do no f**kin...I don't know how to...I don't even know...that ain't enough for me to do (not enough to cook into crack)...Tryin to get at least a hizzy (half ounce) to do." ELONZO DAVIS replied, "Yeah, ok."

68.     On or about October 21, 2017, at approximately 11:57 a.m., ELONZO DAVIS made an outgoing phone call to JOHNSON. During the conversation, ELONZO DAVIS stated, "I said, I'm about to call the boy (drug supplier) myself and get some my damn self." JOHNSON responded, "Grab me one of them. If he...like Troy. I'm like...I don't know like ten eighty (one ounce) or some s**t." JOHNSON provided ELONZO DAVIS the phone number of 216-534-4743, which was the phone number utilized at the time by TROY DAVIS. ELONZO DAVIS stated, "I'm a call him." JOHNSON responded, "Grab me one of them s**ts, and I'll give it to you, aight. 'Cause I ain't got nothing, I just got back." ELONZO DAVIS said, "Okay, okay."

69.     On or about October 21, 2017, at approximately 11:57 a.m., TROY DAVIS received an incoming phone call from PHARES. During the conversation, PHARES asked, "We good or what?" TROY DAVIS responded, "Yeah we're good. I told you that yesterday." PHARES replied, "What...which ones are they?" TROY DAVIS responded, "The...uh...the thirties my ni**a (fentanyl pills pressed to look like 30 mg Percocet pills)." TROY DAVIS later told PHARES the pills were the ones "with the V on the front of it." PHARES asked, "Oh, they're the bright blue ones with the V?" TROY DAVIS confirmed. PHARES stated, "I probably got uh, like my dude wants like a hundred of them right now."

70.     On or about October 21, 2017, at approximately 12:10 p.m., TROY DAVIS received an incoming phone call from JOHNSON. During the conversation, JOHNSON stated, "Trying to get some of that s**t." TROY DAVIS asked, "What you want?" JOHNSON stated, "I'm get uh...a zip (one ounce of cocaine). TROY DAVIS responded, "Alright." JOHNSON asked, "A zip of that and you don't have the other one of that other (heroin)?" TROY DAVIS responded, "No, I'm 'bout to call that boy now and see if he straight, but I'll call you back."

71.     On or about October 21, 2017, at approximately 1:14 p.m., TROY DAVIS received an incoming phone call from WHITE. During the conversation, WHITE stated, "I'm trying to get some more of them." TROY DAVIS asked, "What you want?" WHITE stated, "I'm about to tell you...probably...probably, at least ten I know that." TROY DAVIS responded, "Ok, text me."

72.     On or about October 21, 2017, at approximately 2:06 p.m., TROY DAVIS received an incoming phone call from PHARES. During the conversation, PHARES stated, "Bring...bring that...uh. Yeah, like, dog, just bring fifty (fifty fentanyl pills stamped to look like 30mg Percocet pills)." TROY DAVIS responded, "Aight, I'm on my way right now."

73.    On or about October 21, 2017, at approximately 2:30 p.m., TROY DAVIS made an outgoing phone call to JENKINS. During the conversation, TROY DAVIS stated, "What up, they (drug customers) don't call or ask for they money back though. You know what I mean. So them s**ts (fentanyl pills) gone already bro."

74.    On or about October 21, 2017, at approximately 3:32 p.m., ELONZO DAVIS made an outgoing phone call to TROY DAVIS. During the conversation, TROY DAVIS stated, "Already half of them gone, bro." ELONZO DAVIS replied, "Dang." TROY DAVIS stated, "He (PHARES) want to spend the ten thousand dollars. He didn't spend ten, he spent six thousand dollars with me, though." ELONZO DAVIS replied, "Oh, okay." TROY DAVIS stated, "Yeah and the dude (JENKINS)...I had bought what I told you I was gonna get, and he just throw me four hundred more. You know what I mean?" ELONZO DAVIS responded, "Right."

75.    On or about October 21, 2017, at approximately 7:02 p.m., TROY DAVIS received an incoming text message from PHARES, which stated, "Where u at I need 20 of them (fentanyl pills)."

76.    On or about October 21, 2017, at approximately 8:07 p.m., STEPHEN PHARES sent a text to TROY DAVIS, which stated, "Dude wat you doing my dude is waiting he needs them asap." Later, PHARES sent another text to TROY DAVIS, stating, "Bro this $400 wtf u doing."

77.    On or about October 21, 2017, at approximately 8:24 p.m., TROY DAVIS made an outgoing phone call to PHARES. During the conversation, PHARES stated, "My peoples (drug customers) waiting on me right now man. I'm with...I'm at Rallys." TROY DAVIS responded, "Aight, so where you want me to pull up at you? I'm about to drop her off home and then I meet you up. Where you want me to meet you at?" PHARES stated, "Uh...right

18

by...back there on the east side." TROY DAVIS stated, "Aight." PHARES stated, "I'll see where he's at. He's already over here." TROY DAVIS asked, "What you want? Twenty of them (fentanyl pills)?" PHARES responded, "Yeah, yeah, twenty."

78.     On or about October 21, 2017, at approximately 11:14 p.m., TROY DAVIS made an outgoing phone call to PHARES. During the conversation, PHARES asked, "Nothing for the hard s**t (crack)?" TROY DAVIS responded, "Boy you know if I had the soft (cocaine) I would have the hard. I ain't got none." PHARES stated, "Ok yeah, I'm trying..." TROY DAVIS asked, "What you wanted?" PHARES stated, "A g (a gram of crack)." TROY DAVIS said, "Aight, I'm about to put something together right now, boy."

79.     On or about October 22, 2017, at approximately 12:56 a.m., TROY DAVIS received an incoming text message from STUDEBAKER. In the text message, STUDEBAKER asked, "Can I come by and get a half please?"

80.     On or about October 22, 2017, at approximately 1:13 a.m., TROY DAVIS received an incoming text message from PHARES. In that text message, PHARES stated, "I need 2 gs fat boy (two grams of crack)." TROY DAVIS responded to PHARES' text message, which stated, "call Cassandra (STUDEBAKER) she want something too I'll meet y'all somewhere." Later, TROY DAVIS sent STUDEBAKER a text message which stated, "call Stephen (PHARES) he gonna walk up."

81.     On or about October 22, 2017, at approximately 11:36 a.m., TROY DAVIS received an incoming phone call from WHITE. During the conversation, WHITE asked, "What's good? You...you...you got ten more (grams of cocaine)?" TROY DAVIS replied, "Yeah." WHITE stated, "Aight, I'm 'bout to uh...I'm 'bout to come over that way."

82.     On or about October 22, 2017, at approximately 12:08 p.m., TROY DAVIS sent an outgoing text message to JENKINS. In the text message, TROY DAVIS stated, "They (drug

customers) complaining about how some of them look, a lot of them look press." TROY DAVIS sent a follow up text message stating, "The next ones (next set of fentanyl pills pressed to look like 30 mg Percocet pills) got to look all the way official."

83.     On or about October 22, 2017, at approximately 6:33 p.m., TROY DAVIS received an incoming phone call from WHITE. During the conversation, WHITE stated, "What's up? Uh, s**t, you still got some?" TROY DAVIS replied, "Yeah." WHITE stated, "Not...not them things (fentanyl pills), the other one." TROY DAVIS responded, "What? The white (cocaine)?" WHITE stated, "Yeah." TROY DAVIS asked, "You want soft (cocaine) or hard (crack)?" During the call, WHITE asked someone in the background "You want soft?" TROY DAVIS then asked, "How much? Soft (cocaine, as opposed to crack)?" WHITE replied, "Yeah." TROY DAVIS asked, "How much?" WHITE responded, "um … what… what you gone do me for the half (half ounce)?" TROY DAVIS stated, "Damn, you know six fifty bro ($650)." WHITE replied, "Alright...alright, I'm a text you, I'm a text you."

84.     On or about October 22, 2017, at approximately 6:36 p.m., TROY DAVIS received an incoming text message from WHITE, who wrote, "7 (grams of cocaine) can u come to me." TROY DAVIS replied via text message, "Otw (on the way)."

85.     On or about October 23, 2017, at approximately 2:46 p.m., ELONZO DAVIS sent an outgoing text message to JARELL DAVIS. In the text message, ELONZO DAVIS wrote, "One (quantity of cocaine)." J. DAVIS replied, "K."

86.     On or about October 23, 2017, at approximately 1:26 p.m., TROY DAVIS made an outgoing phone call to PHARES. During the conversation, PHARES stated, "I needed to get them. I got some s**t lined up. Pedro blowing me up." TROY DAVIS stated, "They want them s**ts." PHARES responded, "Yeah." TROY DAVIS then stated, "Imma get more of them mother**kers (fentanyl pills)." I sold almost all them s**ts bro, I only got 'bout forty (fentanyl

20

pills) left." PHARES replied, "For real?" TROY DAVIS stated, "Hell yeah. When you want to go down?" PHARES stated, "I need like...fifteen, twenty of them right now." TROY DAVIS responded, "Aight, I only got forty left, so after you sell these forty, boy, we can haul ass....And then he (JENKINS) told me he'd throw whatever I buy. He'd throw on top of that s**t. You know I mean? If I buy...if I buy six hundred (fentanyl pills), he'd (JENKINS) throw six hundred. If I buy four hundred...he will throw four hundred. I'm a get 'bout six hundred of them bitches...throw six hundred...ni**a that's a lot of money, boy. Oh lord." PHARES stated, "The ones that are f**ked up." TROY DAVIS said, "That s**t (fentanyl pills) get you high, man." PHARES asked later in the conversation, "You got em? You ain't got em with you?" TROY DAVIS replied, "I got forty of 'em boy. I gotta go get em." PHARES stated, "Yeah, I'm over here...I guess we meet at Courtney's."

87.     On or about October 23, 2017, at approximately 3:29 p.m., TROY DAVIS made an outgoing phone call to JENKINS. During the conversation, TROY DAVIS stated, "I need all I can get." JENKINS responded, "God damn." TROY DAVIS asked, "What you want me to do? You want me to send you this money through the mail or I come down...and give it to you." JENKINS responded, "Wait until the weekend, man." TROY DAVIS stated, "I need all I can get, man. Good ones bro. I need all them s**ts." JENKINS responded, "Yeah, I told you man. I know." Later in the conversation, JENKINS asked, "What you think it might be?" TROY DAVIS asked, "Huh?" JENKINS asked, "What's the room number? What room number you think (how many pills do you need)?" TROY DAVIS responded, "I might...I might get like uhh...I say probably about four hundred (fentanyl pills)." JENKINS stated, "Yeah, we'll put it together." TROY DAVIS responded, "Yeah you put it together."

88.     On or about October 23, 2017, at approximately 4:13 p.m., TROY DAVIS made an outgoing phone call to PHARES. During the conversation, PHARES asked, "You have all of them?" TROY DAVIS responded, "I'll bring all of them."

89.     On or about October 23, 2017, at approximately 5:14 p.m., TROY DAVIS sent an outgoing text message to JENKINS. In the text message, TROY DAVIS wrote, "Bro you ain't like they say the get double the pleasure than the real ones." JENKINS responded with a text message that stated, "Tell them not to shoot them (not to inject the fentanyl pills)." TROY DAVIS responded via text message, "I already know."

90.     On or about October 25, 2017, at approximately 1:32 a.m., TROY DAVIS sent an outgoing text message to PHARES. In the text message, TROY DAVIS stated, "How much of them you got." PHARES responded via text message, "Like 10 or 12 but they f**ked up like rat infested lol but im seln them as halfs (sell the remaining pills in halves)...I got money for u wen u come by." TROY DAVIS sent another text message to PHARES stating, "How much money." PHARES replied, "$250."

91.     On or about October 25, 2017, at approximately 6:28 p.m., TROY DAVIS sent an outgoing text message to JENKINS. In the text message, TROY DAVIS wrote, "I will let you no tomorrow but at least 300 of them if you still gone do what you say it will be 600 (if you double the order as promised)." JENKINS replied via text message, "K."

92.     On or about October 25, 2017, at approximately 8:49 p.m., TROY DAVIS sent an outgoing text message to PHARES. In the text message, TROY DAVIS stated, "I'm getting 1200 of them (fentanyl pills) you think they will go." PHARES replied via text message, "Bro I got them gone like I can make $200 off 20 off rip like I got ppl that want them every day they saying man I. dont want the real ones I want those ones...lmao. they saying them are strong n

they getn faded asf (getting very high off the fentayl pills)." PHARES sent a follow up text, stating, "That's 18000/20000 ($18,000/$20,000) u can make by just sitn back n collecting."

93.     On or about October 26, 2017, at approximately 5:55 p.m., while speaking to WILLIAM SOLOMON, ELONZO DAVIS received an incoming call from WHITE. During the conversation between ELONZO DAVIS and WHITE, WHITE said, "I said I had somebody who wanted...wanted to get seven (grams of cocaine) but I was gonna say you know just give me like five (grams) and I can do something to it (cut the cocaine)." ELONZO DAVIS responded, "Right, oh...ok, alright I'm...uh. You at the house?" WHITE stated, "Yeah. I can pull over there if you want me to."

94.     On or about October 27, 2017, at approximately 5:00 p.m., ELONZO DAVIS sent an outgoing text message to JARELL DAVIS, stating, "Bt ta b on west." JARELL DAVIS replied via text message, "K 20." ELONZO DAVIS sent a follow up text message to JARELL DAVIS, and stated, "2 (ounces of cocaine)." At approximately 5:55 p.m., ELONZO DAVIS made an outgoing phone call to JARELL DAVIS. During the conversation, JARELL DAVIS stated, "Man...no you did, you gave five hundred ($500), my ni**a." ELONZO DAVIS responded, "Bro, I just hand it. Count it again, bro. I handed you five, four...five eighty ($580), and...and...and ten eighty bro ($1,080). Count it again bro. I'm right here." JARELL DAVIS stated, "At least you gave me some hundreds, bro. That's all you gave me, but you gave me two (thousand dollars)." JARELL DAVIS later stated, "Oh yeah, I just...I just counted these . . . put all the money together next time."

95.     On or about October 31, 2017, at approximately 10:51 p.m., TROY DAVIS made an outgoing phone call to ALVIN FENNELL. During the conversation, TROY DAVIS stated, "Dreads (aka J.W., known to the Grand Jury but not charged herein) had wanted some food (heroin) and s**t right. You hear me?" ALVIN FENNELL responded, "You said Dreads wanted

some food." TROY DAVIS stated, "I went and took it to him and he said the move was at the dollar store right." ALVIN FENNELL replied, "Right." TROY DAVIS stated, "So when we pull up to the dollar store and I see the dude backed up in the cut and s**t. And as soon as Dreads put that s**t in his hands that ni**a gave him some paper (fake money) and peel out....Hell no, he got Dreads with the paper for the whole geezy (gram of heroin)."

96.     On or about November 1, 2017, at approximately 9:33 a.m., TROY DAVIS received an incoming phone call from ELONZO DAVIS.  During the conversation, ELONZO DAVIS told TROY DAVIS, "Supposed to be meeting up with him (drug supplier) in a few, I guess." TROY DAVIS said, "Put me in on half for me (half ounce of cocaine)" ELONZO DAVIS replied, "Huh?" TROY DAVIS stated, "Tell him to bring an extra twenty one (twenty one grams of cocaine), then come get this money." ELONZO DAVIS said, "Ok."

97.     On or about November 1, 2017, at approximately 10:16 a.m., TROY DAVIS received an incoming phone call from PRYOR, who stated, "I wanted to get a quarter. That's what I wanted to do but you can make it half and half (3.5 grams of cocaine and 3.5 grams of crack)." TROY DAVIS responded, "Alright. What you got?" PRYOR stated, "I got three twenty five ($325) all together." TROY DAVIS responded, "Alright, so you got three twenty five and you wanted me to do a half and half?" PRYOR stated, "I wanted to get half and half, yeah, and uh...but I wanted...you need a dollar 'cause it would be two twenty five ($225)." TROY DAVIS replied, "Oh alright."

98.     On or about November 1, 2017, at approximately 12:01 p.m., TROY DAVIS made an outgoing phone call to ELONZO DAVIS, and asked, "You holler at the boy (drug supplier)?" ELONZO DAVIS responded, "Yeah, I just had hollered at him. He had two. I'll let you get some if you want." TROY DAVIS stated, "I'll take half of it." ELONZO DAVIS asked,

"Huh?" TROY DAVIS stated, "Let me get half of it (half of the drugs ordered, or one ounce of cocaine)." ELONZO DAVIS responded, "Hell no. We'll talk; I'll be a few I'm in the south."

99.      On or about November 1, 2017, at approximately 6:20 p.m., TROY DAVIS received an incoming phone call from WHITE.  During the conversation, WHITE stated, "Yeah, I'm outside.  You tryin' to bring a little ball out for me." TROY DAVIS asked, "What you want, hard way (crack)?"  WHITE replied, "No, the other way (cocaine)." TROY DAVIS asked, "Soft way?"  WHITE replied, "Yeah." TROY DAVIS stated, "Come to the back."

100.     On or about November 3, 2017, at approximately 4:30 p.m., TROY DAVIS made an outgoing phone call to STUDEBAKER.  During the conversation, STUDEBAKER asked, "You on your way?" TROY DAVIS stated, "Nah, you ain't tell me what you want." STUDEBAKER stated, "Uh…o…um probably a G (a gram of cocaine)." TROY DAVIS asked, "You ain't got none of them things (pills)?" STUDEBAKER stated, "Yeah, I do. I do if you want some." TROY DAVIS responded, "Yeah, I just trade you for some of them. I'll be there in a minute."

101.     On or about November 3, 2017, at approximately 7:43 p.m., TROY DAVIS received an incoming phone call from FLUKER, who stated, "I want motherf**king shoot…shoot some eight ball with you (1/8 ounce of cocaine)," TROY DAVIS asked, "What you want?" FLUKER responded, "Shake…soft (cocaine)," TROY DAVIS said, "Come on."

102.     On or about November 3, 2017, at approximately 8:15 p.m., TROY DAVIS received an incoming text message from JOHNSON, which stated, "At least a half (ounce of cocaine)." TROY DAVIS replied, "Bring your money." JOHNSON then texted, "How much." TROY DAVIS replied, "What you want." JOHNSON sent a text message stating, "Half." TROY DAVIS texted, "Ill let u no when to bring it bro."

103.    On or about November 3, 2017, at approximately 8:30 p.m., TROY DAVIS placed an outgoing phone call to ELONZO DAVIS. During the conversation, TROY DAVIS asked, "You ain't no…" ELONZO DAVIS responded, "Yeah, yeah I still got. Yeah I ain't did s\*\*t bro." TROY DAVIS stated, "Lend me some of that s\*\*t you got." ELONZO DAVIS replied, "Okay." TROY DAVIS stated, "Just send me the half (ounce of cocaine)." ELONZO DAVIS again responded, "Okay." TROY DAVIS asked, "You got me?" ELONZO DAVIS said, "Yeah." TROY DAVIS asked, "Same price?" ELONZO DAVIS stated, "You talking 'bout…you talking 'bout…not done (cocaine, rather than crack)?" TROY DAVIS responded, "Yeah, not done. I don't want done." ELONZO DAVIS stated, "Oh, no, no, I ain't got nothing…I only got like a quart (quarter ounce of cocaine)." TROY DAVIS responded, "Oh, I got a bunch of the other one (crack). I already got some those." ELONZO DAVIS stated, "Yeah, that's what my dumb ass did. Did all that and now…" TROY DAVIS then stated, "Mont (WASHINGTON) gave me that s\*\*t."

104.    On or about November 4, 2017, at approximately 7:57 a.m., TROY DAVIS received an incoming text message from JARELL DAVIS. In the text message, J. DAVIS asked, "Hw mny" and then sent a follow up text message, "New number." TROY DAVIS responded, "42 (grams of cocaine)." JARELL DAVIS replied, "K."

105.    On or about November 4, 2017, at approximately 10:56 a.m., TROY DAVIS sent an outgoing text message to JARELL DAVIS stating, 'Bring a extra 14 (grams)."

106.    On or about November 4, 2017, at approximately 1:28 p.m., TROY DAVIS received an incoming phone call from WHITE. During the call, WHITE asked, "You at the crib?" TROY DAVIS responded, "Yeah." WHITE stated, "I'm pulling in right now." TROY DAVIS replied, "Aight." WHITE then stated, "Trying to grab…grab me some all done (crack)"

TROY DAVIS asked, "Done?" WHITE responded, "Yeah. Already done, just two of them (two grams of crack)." TROY DAVIS stated, "Aight, then, two? Aight, hit the back porch man."

107. On or about November 4, 2017, at approximately 3:42 p.m., TROY DAVIS made an outgoing phone call to ALVIN FENNELL. During the conversation, TROY DAVIS asked, "What you want?" ALVIN FENNELL responded, "Want a little half s**t (half gram of heroin)." TROY DAVIS then stated, "Aight, I'm on my way."

108. On or about November 4, 2017, at approximately 4:38 p.m., TROY DAVIS made an outgoing phone call to JOHNSON. During the conversation, TROY DAVIS stated, "Well s**t, my dude (drug supplier) got 'em for real and he with me and s**t. So he said seventy-five ($75 per gram of heroin), but that s**t gonna rock 'em, my ni**a."

109. On or about November 4, 2017, at approximately 4:52 p.m., TROY DAVIS made an outgoing phone call to LAWRENCE. During the conversation, TROY DAVIS stated, "My people down here…and they got them things for seventy-five ($75 per gram of heroin), the way you like." LAWRENCE responded, "Oh okay, okay, okay, I might have to check 'em out. You know what I'm saying?"

110. On or about November 4, 2017, at approximately 5:02 p.m., TROY DAVIS made an outgoing phone call to WHITE. During the conversation, TROY DAVIS stated, "I got some of that food (heroin) for like seventy five a g (gram) bro." WHITE responded, "Let me see what's up. I might got a couple of people (drug customers) want some."

111. On or about November 4, 2017, at approximately 5:05 p.m., TROY DAVIS sent an outgoing text message to JARELL DAVIS. In the text message, TROY DAVIS stated, "Got my way 70 a g ($70 per gram of heroin)." JARELL DAVIS replied via text message, "K."

112.     On or about November 4, 2017, at approximately 5:44 p.m., TROY DAVIS made an outgoing phone call to WHITE. TROY DAVIS asked, "What you want work (crack) or you want that food (heroin)?" WHITE responded, "Nah, the work (crack)."

113.     On or about November 4, 2017, at approximately 8:02 p.m., TROY DAVIS made an outgoing phone call to LAWRENCE. During the call, LAWRENCE stated, "Yeah, I was trying to uh...buy some move with your people." TROY DAVIS responded, "Alright, I'm...what...what you gonna want? So I can work on it right now." LAWRENCE stated, "I think I got like four on me, so um...a little something, something like that. So that'll be one, two, three, four (hundred dollars)...oh yeah at seventy five ($400 worth of heroin at $75 a gram)."

114.     On or about November 4, 2017, at approximately 9:20 p.m., TROY DAVIS sent an outgoing text message to JARELL DAVIS that said, "Bring me 35 (grams of cocaine)."

115.     On or about November 7, 2017, at approximately 11:33 a.m., TROY DAVIS received an incoming phone call from FLUKER. During the conversation, FLUKER stated, "I want to shoot some pool (buy cocaine), though." TROY DAVIS responded, "Come on to the house bro." At approximately 8:05 p.m., TROY DAVIS asked FLUKER, "What you want?" FLUKER responded, "Two and...and...and some pool." TROY DAVIS asked, "You want a two and some pool?" FLUKER responded, "Yes. A cutie and some pool." TROY DAVIS said, "Oh you want a cutie and a pool ball (1/4 ounce of crack and 1/8 ounce of cocaine)." TROY DAVIS asked, "What you want? Um...you want it soft or hard?" FLUKER replied, "Hard (crack)."

116.     On or about November 8, 2017, TERRANCE WILLIAMS sold a confidential informant, hereinafter CS-4, .38 grams of cocaine base (crack) for $40.00 dollars on Middle Avenue, in Elyria, Ohio.

117.     On or about November 9, 2017, at approximately 8:57 a.m., TROY DAVIS sent an outgoing text message to JARELL DAVIS.  In the text message, TROY DAVIS stated, "49 (grams of cocaine)." TROY DAVIS replied via text message, "K."

118.     On or about November 9, 2017, at approximately 11:00 p.m., TROY DAVIS made an outgoing phone call to FLUKER.  During the conversation, TROY DAVIS said, "Right, right. So what you want me to bring you?"  FLUKER responded, "Gotta shoot pool (1/8 ounce of cocaine)." TROY DAVIS stated, "Aight, I'll be there. I'll call you when I get in the front."

119.     On or about November 10, 2017, at approximately 7:03 p.m., TROY DAVIS received an incoming phone call from PRYOR.  During the conversation, TROY DAVIS stated, "Yeah, I got the other way now, too." PRYOR responded, "Well thing is I got this bitch, she wanted me to uh…she wanted me to get that way and uh…she's busy f**king around, so I told her I know somebody but she gone pay me twenty dollars just to bring it . . . she wanted a dollar, she wanted a dollar and a half ($100 worth of drugs)." TROY DAVIS responded, "Alright." PRYOR later stated, "Um, I'm on my way now man."

120.     On or about November 10, 2017, approximately 7:57 p.m., TROY DAVIS received an incoming phone call from PRYOR.  During the call, PRYOR stated, "I, I just touched down. Hey she said she wanted half and half man (cocaine and crack)." TROY DAVIS responded, "What she want? Seventy-five, seventy-five (dollars)?" PRYOR replied, "Yeah."

121.     On or about November 11, 2017, at approximately 11:10 a.m., TROY DAVIS received an incoming phone call from HOBSON, who asked TROY DAVIS for "A quarter… (1/4 ounce of cocaine)."

122.     On or about November 11, 2017, at approximately 12:15 p.m., TROY DAVIS sent an outgoing text message to JARELL DAVIS.  In the text message, TROY DAVIS stated, "35 (grams of cocaine)." JARELL DAVIS replied, "K."

123.    On or about November 11, 2017, at approximately 3:42 p.m., TROY DAVIS received an incoming phone call from ELONZO DAVIS. During the conversation, ELONZO DAVIS stated, "I wanted you to check something out. I wanted to see what it is. I just bumped into a ni**a (new supplier) for ten fifty (sells cocaine for $1,050 per ounce). It looked raw though and it's chunked." TROY DAVIS replied, "I will call you when I get to the house."

124.    On or about November 11, 2017, at approximately 7:13 p.m., TROY DAVIS sent an outgoing text message to JOHNSON. In the text message, TROY DAVIS stated, "Got us another ni**er (cocaine supplier) for 950 ($950 an ounce)." JOHNSON replied via text message, "U can have me one n half (one and a half ounces of cocaine) went I get dae tomorrow." TROY DAVIS responded, "I got u."

125.    On or about November 11, 2017, at approximately 7:13 p.m., TROY DAVIS made an outgoing phone call to ELONZO DAVIS. During the conversation, TROY DAVIS asked, "Did that s**t get solid? That stuff." ELONZO DAVIS said, "Huh." TROY DAVIS responded by asking, "Did that s**t (cocaine) get real solid...hard (turn it into crack)?" ELONZO DAVIS stated, "Damn near, I didn't give it time to stay all the way out either, feel me." ELONZO DAVIS later stated, "Yeah, it's official, Unc. Yeah, yeah, yeah, 'cause I already did...I had already popped it and they (drug customers) sayin' it's alright (good quality)." TROY DAVIS said, "We gonna f**k with that dude from now on, bro (purchase from that supplier)."

126.    On or about November 12, 2017, at approximately 3:54 p.m., TROY DAVIS made an outgoing phone call to ARTHUR SOLOMON. During the conversation, A. SOLOMON stated, "Bring me a cutie (7 grams of crack)." TROY DAVIS asked, "Where you at?" A. SOLOMON responded, "At my house. Hey, you got it both ways (cocaine and crack)?" TROY DAVIS stated, "Yeah, I got it both ways." ARTHUR SOLOMON said, "Damn." TROY

DAVIS stated, "My s**t ain't gonna be wet up no more, my ni**a." ARTHUR SOLOMON informed TROY DAVIS, "I wanna get the bitch." TROY DAVIS responded, "I the one who be cooking that s**t for Bo (ELONZO DAVIS) you know that right. If it ain't C.C. it's me, you know that right?" Later in the conversation, ARTHUR SOLOMON stated, "Just bring me a cutie of the hard." TROY DAVIS responded, "Alright."

127.     On or about November 12, 2017, at approximately 4:22 p.m., TROY DAVIS made an outgoing phone call to JOHNSON. During the conversation, TROY DAVIS stated, "Yeah, supposed to be coming to see you right now." JOHNSON responded, "Alright, yeah, just grab me one and a half (ounces of cocaine)."

128.     On or about November 12, 2017, at approximately 6:20 p.m., TROY DAVIS received an incoming phone call from ALVIN FENNELL. During the conversation, ALVIN FENNELL asked, "Can I get a half for forty of the food? (1/2 gram of heroin for $40)." TROY DAVIS asked, "Food (heroin)?" ALVIN FENNELL said, "Yeah."

129.     On or about November 12, 2017, at approximately 10:37 p.m., TROY DAVIS received an incoming phone call from ALVIN FENNELL, who stated, "Alkeem (ALKEEM FENNEL, ALVIN FENNELL's son) doing pretty good too." TROY DAVIS stated, "He came and bought a bally (7 grams of cocaine) from me the other day and came right back and gave me that (money from the drug sales). He had fifty dollars, gave me my money, and I gave him another one."

130.     On or about November 13, 2017, at approximately 12:03 a.m., TROY DAVIS received an incoming phone call from JOHNSON. During the call, JOHNSON asked, "Hey, you got the other one (heroin) too?" TROY DAVIS responded, "Yeah I got about five (grams) or something like that." JOHNSON stated, "Ok, I'll be there."

131.     On or about November 13, 2017, at approximately 12:50 a.m., TROY DAVIS received an incoming phone call from ELONZO DAVIS, whereby TROY DAVIS asked, "You ain't never holler at that one boy (drug supplier)? About the other s**t?" ELONZO DAVIS responded, "My other boy? Oh, the other one. I went over there yesterday, he said he was gonna call me. I ain't never heard nothing from him. Damn man. You done with that too?" TROY DAVIS stated, "That s**t gone (cocaine), boy." ELONZO DAVIS responded, "Damn. Gotta few people (drug customers) callin' me, too." TROY DAVIS stated, "Got like four (ounces of cocaine) of them left and that's it.". ELONZO DAVIS responded, "I need probably one then. You ain't comin' out though?" Later in the conversation, TROY DAVIS asked, "What you want me to bring you?" ELONZO DAVIS responded, "Just one (ounce of cocaine)."

132.     On or about November 13, 2017, at approximately 1:28 p.m., TROY DAVIS received an incoming phone call from JOHNSON, who stated, "I done f**ked around and got...man I paid six-fifty for a f**king half ($650 for a half ounce of cocaine)." TROY DAVIS replied, "Man, you crazy (that's a high price)." Later in the conversation, TROY DAVIS stated, "I'll call him. What you want? Still the same?" JOHNSON responded, "No I'll probably get one (ounce of cocaine), though."

133.     On or about November 13, 2017, at approximately 6:36 p.m., TROY DAVIS received an incoming phone call from FLUKER. During the conversation, FLUKER asked, "Can I come shoot some pool (1/8 ounce of cocaine) with you?"

134.     On or about November 13, 2017, at approximately 9:56 p.m., TROY DAVIS received an incoming phone call from ELONZO DAVIS, who stated, "Yeah, he (drug supplier) said that was nineteen-ten ($1,910)." TROY DAVIS responded, "Yeah, its nineteen-ten, Bo. Take nineteen, Bo, and just tell him to give me something for that (amount of cocaine worth $1910)." ELONZO DAVIS stated, "No, he called, he...he called me back. He already left and

he was like, damn bro (supplier was shorted money for cocaine)." TROY DAVIS stated, "We'll get it back. Just take him fifteen ($1,500) tomorrow."

135.    On or about November 14, 2017, at approximately 12:52 a.m., TROY DAVIS received an incoming phone call from JOHNSON.  During the conversation, JOHNSON stated, "That was a good one right there bro (good quality narcotics)." TROY DAVIS responded, "I told you that s**t bro." JOHNSON stated, "I straighten out that bitch (cook and stretch the drugs with cut), it came back like seventeen, eighteen (grams)." TROY DAVIS said, "It still came back extra right." JOHNSON replied, "Yeah. I gave them boys a hit of it...all them mother**kers lookin' on the floor (indicating the crack is good quality)."

136.    On or about November 14, 2017, at approximately 1:30 p.m., TROY DAVIS received an incoming phone call from ALVIN FENNELL.  During the conversation, TROY DAVIS stated, "Girl (female customer) had wanted a thirty of soft ($30.00 worth of cocaine), so I just pulled up over here and got her." ALVIN FENNELL responded, "Aight, aight bro bro, I'll...I'll be waiting on you."

137.    On or about November 14, 2017, at approximately 6:27 p.m., TROY DAVIS made an outgoing phone call to HOBSON.  In the conversation, TROY DAVIS stated, "Come pick me up right quick before Tommie (RICHARDSON) get to you, 'cause he wants a ball (3.75 grams of cocaine) but he can't come here." HOBSON asked, "He in town?" TROY DAVIS said, "Tommie. Yeah. My brother-in-law Tommie."

138.    On or about November 15, 2017, at approximately 12:26 p.m., TROY DAVIS received an incoming phone call from ELONZO DAVIS.  During the conversation, TROY DAVIS stated, "You know I had...you know I had...you know when you did that, I already had like an ounce and a half of that s**t (cocaine)." Later in the conversation ELONZO DAVIS stated, "I at least want to get a hizzie (half ounce)." TROY DAVIS responded, "We'll just get,

33

we'll get something together. Just wait a minute man. Just wait." Later in the conversation, TROY DAVIS stated, "F**k Frenchy (nickname for JARELL DAVIS), he's calling me yesterday telling me, you all good? Yeah we good…Hell yeah we good man, 'cause we still got the s**t you sold us the other day man it's slow right now." ELONZO DAVIS said, "Right." TROY DAVIS stated, "No, I ain't cut (mix the drugs with non-narcotic substances) it no different. You feel me?" ELONZO DAVIS said, "Right." TROY DAVIS stated, "Make it feel like he still waiting on you, man. But Cuz, that last one man. I'm a tell you, Bo. That last one he (J. DAVIS) give us, Bo…he took…'Cause listen bro, I cook twenty-eight boy (28 grams of cocaine), that s**t came back thirty-one (grams of crack after cooking). That s**t crumbly as f**k. Ni**a, if I only got that much grams off that s**t my ni**a that s**t supposed to be hard as f**k still bro, like rock. Like ain't that s**t never supposed to be like that bro. I ain't got nothing but four, three grams extra off it. Come on my ni**a. That s**t supposed to be not crumbly as f**k my ni**a. It supposed to be not wet, ni**a. That s**t supposed to be hard as a brick (indicating the poor quality of cocaine)."

139.    On or about November 15, 2017, at approximately 6:17 p.m., TROY DAVIS received an incoming phone call from ALVIN FENNELL, who stated, "Hey, can you bring me a point four (.4 grams of heroin)." TROY DAVIS responded, "We'll come right down. Yeah alright, I'm turning around."

140.    On or about November 17, 2017, at approximately 2:08 p.m., TROY DAVIS received an incoming phone call from FLUKER. During the conversation, FLUKER stated, "I need to shoot some pool man (purchase 3.75 grams of cocaine)." TROY DAVIS asked, "What kind of pool?" FLUKER stated, "Soft (cocaine, not crack), man." TROY DAVIS responded, "Alright, I'm right here."

141.    On or about November 17, 2017, at approximately 4:43 p.m., TROY DAVIS received an incoming text message from JOHNSON.  In the text message, JOHNSON stated, "U can get me a half (half ounce of cocaine)."  TROY DAVIS replied via text message, "Yes." JOHNSON then texted, "Need dat n 4 of da other (four grams of heroin)."

142.    On or about November 17, 2017, at approximately 5:40 p.m., TROY DAVIS received an incoming phone call from PRYOR.  During the conversation, TROY DAVIS asked, "What you got?"  PRYOR responded, "Um…two and same for you too."  TROY DAVIS asked, "Huh?"  PRYOR responded, "Uh, I wanted a half and a half…two."  TROY DAVIS asked, "You want two grams?"  PRYOR stated, "No, um…I got somebody with me, I don't want to talk too much man.  But uh…I um…like the two…half and half. You get me?"  TROY DAVIS asked, "So like two hundred ($100 of cocaine and $100 of crack)?"  PRYOR stated, "Yeah."  TROY DAVIS said, "Aight, I got it."

143.    On or about November 17, 2017, at approximately 6:31 p.m., TROY DAVIS received an incoming phone call from ALVIN FENNELL.  During the conversation, ALVIN FENNELL stated, "'Bout to come through there and see for that…the one, for that…for the…." TROY DAVIS said, "Huh."  ALVIN FENNELL stated, "'Bout to come through and see for half of that."

144.    On or about November 17, 2017, at approximately 8:01 p.m., TROY DAVIS received an incoming phone call from ALVIN FENNELL.  During the conversation, ALVIN FENNELL stated, "S**t, I need to get at you right quick."  TROY DAVIS asked, "What…what you need?"  ALVIN FENNELL replied, "A whole one…two."  TROY DAVIS asked, "Two (grams of cocaine)?  Come on."

145.    On or about November 17, 2017, at approximately 9:08 p.m., TROY DAVIS sent an outgoing text message to JARELL DAVIS.  In the text message, TROY DAVIS said, "Yo."

JARELL DAVIS replied via text message, "Am (in the morning)." TROY DAVIS responded,

"K 56 (grams of cocaine)." JARELL DAVIS replied, "K."

146.    On or about November 18, 2017, at approximately 1:03 p.m., TROY DAVIS

received an incoming phone call from PRYOR. During the conversation, TROY DAVIS asked,

"What you got?" PRYOR stated, "I got two, man. I gotta get a little bit more change for you but

I only got two (hundred dollars) now. I did pretty good this weekend. I got seventy at least…you

want two fifty ($250) back. I'm like that's great…that really helps out. I appreciate it my

ni\*\*a…save a ni\*\*a ass right now." TROY DAVIS stated, "I'm here bro so come on." PRYOR

said, "I just want it half and half like yesterday ($100 worth of cocaine and $100 worth of

crack)."

147.    On or about November 18, 2017, at approximately 1:16 p.m., TROY DAVIS

received an incoming phone call from PRYOR. During the conversation, PRYOR stated, "Yeah,

I ain't trying to be funny…you sure you gave me the right one on the hard (the crack)?" TROY

DAVIS responded, "It look different 'cause I ain't the one who cooked it (turned it into crack

from cocaine), it look different." PRYOR said, "Oh ok." TROY DAVIS stated, "They cook it

the Ohio way, you know what I mean, and I cook mine flat and s\*\*t. They cook theirs in a ball

and s\*\*t, bro."

148.    On or about November 18, 2017, at approximately 1:52 p.m., TROY DAVIS

received an incoming text message from WARRENS. In the text message, WARRENS stated,

"I need two gs (grams of cocaine) what's the ticket (price)."

149.    On or about November 18, 2017, at approximately 1:58 p.m., TROY DAVIS

made an outgoing phone call to WARRENS. During the conversation, WARRENS asked,

"What it…what's the ticket?" TROY DAVIS stated, "It's sixty a g ($60 per gram of cocaine)."

WARRENS said, "Ok. I'll call you right back."

150.     On or about November 18, 2017, at approximately 2:10 p.m., TROY DAVIS received an incoming phone call from WARRENS. During the conversation, WARRENS stated, "Hey sorry for all the questions, but what's a teener (how much for 1.75 grams of cocaine)?" TROY DAVIS eventually stated, "It's like, seventy-five ($75)." WARRENS asked, "Ok, so seventy-five for a teener?" TROY DAVIS stated, "Yeah, one point five (grams of cocaine), that's all you gonna get. Yeah." WARRENS said, "Okey-dokey." TROY DAVIS told her, "You got give me a cigarette though, aight?" WARRENS replied, "Alright."

151.     On or about November 18, 2017, at approximately 1:43 p.m., TROY DAVIS received an incoming text message from WARRENS. In the text message, WARRENS stated, "Actually make it 2gs (two grams of cocaine) in one and half g (a half gram) in other for me sorry lol. Can't make my mind up."

152.     On or about November 18, 2017, at approximately 9:11 p.m., TROY DAVIS made an outgoing phone call to VAUGHN. During the conversation, VAUGHN stated, "I'm on my way down there. I want to know what you wanted me to do." TROY DAVIS said, "Oh s**t, you have some soft (cocaine), too?" VAUGHN replied, "Yeah." TROY DAVIS stated, "Bring one and a half (ounces of cocaine) of them and five of the other ones (grams of heroin/fentanyl)." VAUGHN responded, "Hold on…say that one more time." TROY DAVIS stated, "Bring me one and half of the soft and then five of the other ones." VAUGHN then asked, "What you mean?" TROY DAVIS replied, "The thing you did last." VAUGHN asked, "Which one, one and a half? You wanna half gram or you wanna half ounce?" TROY DAVIS responded, "Forty two. Forty two grams (42 grams of cocaine)." VAUGHN replied, "Alright."

153.     On or about November 18, 2017, at approximately 10:21 p.m., TROY DAVIS received an incoming phone call from JOHNSON. During the conversation, JOHNSON asked, "You call Mont (WASHINGTON) for me?" TROY DAVIS responded, "S**t Mont…I just got

the last little s**t (cocaine) he had." JOHNSON stated, "No he had some…he had some work (crack)." TROY DAVIS responded, "I got that already too. It over with, he might come up with something left. I'll give you his number now."

154.　　On or about November 18, 2017, at approximately 10:36 p.m., TROY DAVIS made an outgoing phone call to VAUGHN. During the conversation, they agreed to meet in the area of Bell Avenue, Elyria, Ohio for a re-supply of drugs. Several minutes later, TROY DAVIS and VAUGHN were in the area of Bell Avenue. Directly after meeting with VAUGHN, at approximately 10:53 p.m., TROY DAVIS made an outgoing phone call to ELONZO DAVIS. During the conversation, TROY DAVIS stated, "This s**t good as f**k bro." ELONZO DAVIS said, "Huh." TROY DAVIS stated, "Bro, this from that boy (VAUGHN), that s**t's (drugs) on fire (good quality)." ELONZO DAVIS asked, "From who?" TROY DAVIS stated, "That boy (VAUGHN) from Cleveland." ELONZO DAVIS later asked, "Oh you talking about the action?" TROY DAVIS stated, "Oh yeah. The action in, yeah, that's the s**t cuz."

155.　　On or about November 18, 2017, at approximately 11:18 p.m., TROY DAVIS received an incoming phone call from JOHNSON, who asked, "What you want for the half (half ounce of drugs)?" TROY DAVIS replied, "S**t I want six fifty ($650), I paid twelve hundred ($1,200) for this motherf**ker." JOHNSON then asked, "Is it the brown one or the white one (cocaine)?" TROY DAVIS responded, "It's brown, but I ain't got it from the original dude (supplier) so I gotta go through another mother f**ker." JOHNSON then asked, "So you don't have no more of the white one?" TROY DAVIS replied, "No." TROY DAVIS later stated, "I just got some s**t from dude (VAUGHN) I met from Cleveland and you know what I mean it was white, but I had cooked the mother f**ker. It was twenty five (grams) and it ran to thirty (grams), that's all I did man." JOHNSON then asked, "What you want for a little seven

(grams)." TROY DAVIS responded, "Give me three hundred ($300), man." JOHNSON stated,
"I'll be over there man."

156.     On or about November 21, 2017, at approximately 9:07 p.m., TROY DAVIS
received an incoming text message from LAWRENCE. In the text message, LAWRENCE
stated, "Hey can I come and gram a worker (one gram of crack) . . . only need one...." TROY
DAVIS replied via text message, "Iam home."

157.     On or about November 22, 2017, at approximately 1:24 p.m., TROY DAVIS
received an incoming phone call from ALVIN FENNELL. During the conversation, ALVIN
FENNELL stated, "Bring me a point four (.4 grams of heroin)" TROY DAVIS responded,
"Alright."

158.     On or about November 22, 2017, at approximately 5:54 p.m., TROY DAVIS
received an incoming phone call from LAWRENCE. During the conversation, TROY DAVIS
asked, "What you want? Seven?" LAWRENCE responded, "No...uh...uh...no. I'm just gonna
grab that...you know the two balls (7 grams of crack)." TROY DAVIS said, "Alright."

159.     On or about November 22, 2017, at approximately 6:25 p.m., TROY DAVIS
made an outgoing phone call to RICHARDSON. During the conversation, TROY DAVIS said,
"What you had wanted cuz 'cause I'm 'bout to walk outside and I wanted...wanted to have it
together for you." RICHARDSON asked, "You said what I had wanted?" TROY DAVIS
stated, "Yeah, 'cause I'm 'bout to walk outside...get it together for you (cook cocaine into
crack)." RICHARDSON replied, "Ball (3.5 grams of crack)." TROY DAVIS asked, "Ball?"
RICHARDSON replied, "Yeah." TROY DAVIS said, "Aight."

160.     On or about November 22, 2017, at approximately 11:48 p.m., TROY DAVIS
received an incoming phone call from LAWRENCE who said, "Someone wants a whole food

(one gram of heroin) and I don't have that 'cause I already…you know, whatever. Anyways, run to you, grab it, make the move, and bring it right back to you." TROY DAVIS stated, "Aight."

161. On or about November 23, 2017, at approximately 10:26 a.m., TROY DAVIS made an outgoing phone call to LAWRENCE. During the conversation, LAWRENCE stated, "Alright, I'm…I'm wondering if I should uh…crack two of them mother f**kers man…I think I…" TROY DAVIS asked, "Two?" LAWRENCE stated, "Yeah let me get two (amount of drugs)." TROY DAVIS replied, "Alright."

162. On or about November 23, 2017, at approximately 11:08 a.m., TROY DAVIS sent an outgoing text message to JARELL DAVIS which stated, "42 (grams of cocaine)."

163. On or about November 23, 2017, at approximately 11:24 a.m., TROY DAVIS made an outgoing phone call to HOBSON. During the conversation, TROY DAVIS asked, "What you want me to walk out there with dog (cocaine)?" HOBSON replied, "I need to get one (gram) for right now though." TROY DAVIS said, "Right."

164. On or about November 23, 2017, at approximately 3:08 p.m., ELONZO DAVIS made an outgoing phone call to WILLIAM SOLOMON. During the conversation, WILLIAM SOLOMON stated, "Yeah I need it. Trying to get a cutie (7 grams of cocaine) 'cause I was trying to get back up." ELONZO DAVIS said, "Huh." WILLIAM SOLOMON stated, "I said I was trying to get some girl (cocaine) when I had called you. You got some?" ELONZO DAVIS replied, "Mmhm." WILLIAM SOLOMON asked, "How much is a cutie (7 grams of cocaine)?" ELONZO DAVIS replied, "Three (hundred dollars)."

165. On or about November 23, 2017, at approximately 4:55 p.m., TROY DAVIS made an outgoing phone call to STUDEBAKER who asked, "Can you do mine separate? I'm gonna need…a half (half a gram of cocaine)." TROY DAVIS responded, "Aight." STUDEBAKER stated, "And I think he wants like a quarter (1/4 ounce of cocaine) or

something." TROY DAVIS stated, "Aight. What you said? You want half?" STUDEBAKER

then stated, "He wants something bigger."

166. On or about November 24, 2017, at approximately 1:49 p.m., TROY DAVIS

received an incoming phone call from HOBSON. During the conversation, HOBSON stated,

"Give me...give me uh...NBA game together (1/8 ounce of crack)." TROY DAVIS replied,

"Aight."

167. On or about November 24, 2017, at approximately 3:45 p.m., TROY DAVIS

made an outgoing phone call to N.P. (known to the Grand Jury but not charged herein). During

the conversation, TROY DAVIS stated, "I can go down south (South Carolina) and get some

perc uh...thirties for ten dollars, but they fake, but they got fentanyl in them, so they still get

them (drug customers) high."

168. On or about November 24, 2017, at approximately 11:42 pm., TROY DAVIS sent

an outgoing text message to ALVIN FENNELL. In the text message, TROY DAVIS stated, "I

got another one (customer) 200 and Jonnie a 100 I here u arguing come own for u can get that

rent money."

169. On or about November 25, 2017, at approximately 4:08 p.m., TROY DAVIS

received an incoming phone call from FLUKER, who stated, "I just got home...I was putting

this s**t on the clock that...that I wanted. That there five six (5.6 grams of cocaine)." TROY

DAVIS responded by asking, "It is?" FLUKER stated, "Yeah." TROY DAVIS stated, "I need

another clock (digital scale) man, 'cause somebody else just called me and told me the same

s**t."

170. On or about November 25, 2017, at approximately 8:28 p.m., TROY DAVIS

received an incoming phone call from LAWRENCE, who stated, "I have to grab a whole one (a

quantity of drugs)." TROY DAVIS responded, "I...I don't understand what you saying though.

41

Say it again." LAWRENCE stated, "Oh, okay. My people (drug customers) want to, you know, check out the work (crack)." TROY DAVIS responded, "Uh-huh." LAWRENCE stated, "So I was gonna stop over there and grab what I grabbed before, remember?" TROY DAVIS then said, "Okay, okay. I got a better one."

171.    On or about November 27, 2017, at approximately 12:22 p.m., TROY DAVIS called WASHINGTON, who stated, "I'm not even helping Shorty (WILLIAM SOLOMON). I'm not giving Shorty no drugs." TROY DAVIS responded, "Right." WASHINGTON stated, "He ain't getting no more drugs out of me...I'm like, I'll help Shorty a different way, but I ain't giving that ni**a no more drugs to f**k up." Later in the conversation, TROY DAVIS stated, "I said 'cuz.' I said, 'that's a lie!' I said 'because me and Miko (WASHINGTON) gave you a couple of them things together, Bro. The same day, my ni**a. The same day, Bro! You keep...." WASHINGTON responded, "Hell no, I ain't giving him s**t. I gave the ni**a a nine pack (nine ounces of cocaine)! . . . Joey stepped up and gave him some . . . them ni**as gave him somethin'." TROY DAVIS stated, "Listen, but me and you had got that s**t that one day, Bro. I gave him one, you gave him one. You remember that s**t, cuz? I gave him a whole one (an additional nine ounces)! . . . You gave him one, Bro." WASHINGTON then responded, "And I gave, and I gave him, and I gave him something after that." TROY DAVIS stated, "And then he f***ed that up! . . . Ni**as giving you nine packs, you f**king it up, ni**a. Ain't the first one, He ain't the only one to give you one! Somebody else give you one too and you f**k it up!"

172.    On or about November 27, 2017, at approximately 4:36 p.m., TROY DAVIS received an incoming phone call from MARTIN. During the conversation, TROY DAVIS stated, "S**t, I'm gonna try to keep the traffic away from my house. Where you at." MARTIN responded, "I need seven (grams of cocaine). I got the money, I'm at Marathon (gas station)."

TROY DAVIS asked, "You at the Marathon?" MARTIN stated, "Yeah I'm, at the Marathon."

TROY DAVIS replied, "Alright stay right there."

173.     On or about November 27, 2017, at approximately 5:31 p.m., TROY DAVIS made an outgoing phone call to WARRENS. During the conversation, WARRENS asked, "How much is a teener (1.75 grams of cocaine)?" TROY DAVIS asked, "A teener?" WARRENS replied, "Uh-huh." TROY DAVIS stated, "Eighty dollars... Ninety but just give me eighty, I'm full on them though, that's too high." WARRENS asked, "Can I come meet you?" TROY DAVIS stated, "Yeah, you know where I'm at. Just come to my house."

174.     On or about November 27, 2017, at approximately 5:50 p.m., TROY DAVIS received an incoming phone call from JARELL DAVIS, who asked, "How many?" TROY DAVIS, replied, "Twenty eight (grams of cocaine), just one (ounce)." JARELL DAVIS asked, "Are you at home?" TROY DAVIS replied, "Yeah." JARELL DAVIS stated, "I'll be there."

175.     On or about November 27, 2017, at approximately 9:49 p.m., TROY DAVIS received an incoming text message from WARRENS. The text said, "Can I get another half g (half gram of cocaine)." TROY DAVIS responded via text message, "At the house."

176.     On or about November 27, 2017, at approximately 10:54 p.m., TROY DAVIS made an outgoing phone call to ELONZO DAVIS. TROY DAVIS stated, "I only got thirty-five grams left, Bo . . . Thirty five grams (cocaine) on that s**t so as soon as you can, Bo, let me know, so I can holler at him. I ain't got..." ELONZO DAVIS replied, "I'm waiting on, I told you where I'm at." Later in the conversation, ELONZO DAVIS stated, "So I could have gave him the other hit, and you the one, but I'm tryin' to double back right on this ni**a too."

177.     On or about November 27, 2017, at approximately 11:22 p.m., TROY DAVIS made an outgoing phone call to STUDEBAKER. During the conversation, TROY DAVIS asked, "What you want?" STUDEBAKER responded, "A half (half gram of cocaine)."

178.     On or about November 28, 2017, at approximately 7:08 p.m., TROY DAVIS received an incoming phone call from ALVIN FENNELL. During the conversation, TROY DAVIS stated, "I'm about to leave out so what you want." ALVIN FENNELL responded, "S**t I'm about to be there in about two minutes...point eight...give me point eight and a point of food (.8 grams of cocaine and .1 grams of heroin)."

179.     On or about November 29, 2017, at approximately 9:15 a.m., TROY DAVIS received an incoming phone call from PRYOR. During the conversation, TROY DAVIS asked, "What you got?" PRYOR replied, "I got two-ninety ($290) all together. I don't want to talk over the phone, I just got my phone turned back on today." TROY DAVIS stated, "Alright."

180.     On or about November 29, 2017, at approximately 1:07 p.m., TROY DAVIS sent an outgoing text message to VAUGHN, which said, "Bring 7 (quantity of drugs)."

181.     On or about November 29, 2017, at approximately 1:13 p.m., TROY DAVIS received an incoming phone call from ELONZO DAVIS. During the conversation, TROY DAVIS stated, "Yeah, I just called that boy (VAUGHN). I was trying to see if you had want some." ELONZO DAVIS replied, "Yeah, yeah, one and a half (ounces of cocaine)." TROY DAVIS stated, "I'm not talking about that (cocaine), I'm talkin' bout the other s**t (heroin/fentanyl)." ELONZO DAVIS later said, "No, I need the other one (cocaine). I have to hold on a minute."

182.     On or about November 29, 2017, at approximately 3:24 p.m., TROY DAVIS made an outgoing phone call to VAUGHN. During the conversation, TROY DAVIS stated, "On the other way, I gotta do forty-two (quantity of drugs)." VAUGHN responded, "S**t, I can't do it. You gotta give me a chance to grab my kids from school. I gotta grab my son from school." TROY DAVIS said, "Alright." VAUGHN told him, "Forty five minutes."

183. On or about November 29, 2017, at approximately 3:25 p.m., TROY DAVIS made an outgoing phone call to ELONZO DAVIS. During the conversation, TROY DAVIS asked, "You say 35, 45?" ELONZO DAVIS responded, "Ok, one thing I say I want one and a quarter girl (1.25 ounces of cocaine)." TROY DAVIS asked, "Oh you just want one and a quarter (one quarter ounce)?" ELONZO DAVIS responded, "Yeah, 'cause I ain't havin' 'cause I'm about…left probably gonna be like eighty…ninety dollars short on the one and the hizz (ounce). That s**t give it to me for a minute." TROY DAVIS said, "Hundred dollars." ELONZO DAVIS responded, "You just give it to me and I get it back to you."

184. On or about November 29, 2017, at approximately 4:12 p.m., TROY DAVIS made an outgoing phone call to VAUGHN. During the conversation, TROY DAVIS stated, "You can come on. I'm 'bout to go pick him up….So you can come on, bro." VAUGHN replied, "Aight."

185. On or about November 30, 2017, at approximately 12:16 a.m., TROY DAVIS received an incoming text message from STUDEBAKER. In the text message, STUDEBAKER stated, "Need a g (gram of cocaine) sorry." TROY DAVIS replied via text message, "K let me no when u outside."

186. On or about November 30, 2017, at approximately 3:00 p.m., TROY DAVIS received an incoming phone call from ALVIN FENNELL. During the conversation, ALVIN FENNELL stated, "Hey, bring me a point four (grams of heroin)." TROY DAVIS replied, "Aight."

187. On or about November 30, 2017, at approximately 6:27 p.m., TROY DAVIS received an incoming phone call from VAUGHN. During the conversation, TROY DAVIS stated, "Yeah, give me thirty-five (grams of cocaine) right quick, bro." VAUGHN asked, "Which way?" TROY DAVIS stated, "The soft (cocaine) on. The other way, not the first way

45

we dealt with (heroin/fentanyl). The other way, on the girl (cocaine) side." Later in the conversation, VAUGHN stated, "I'll holler at you tomorrow."

188.    On or about November 30, 2017, at approximately 8:05 p.m., TROY DAVIS sent an outgoing text message to STUDEBAKER. In the text message, TROY DAVIS asked, "What u want me to bring?" STUDEBAKER responded via text message "A g (a gram of cocaine)."

189.    On or about December 1, 2017, at approximately 12:34 a.m., TROY DAVIS received an incoming text message from JOHNSON. In the text message, JOHNSON asked, "How much u want for half girl (half ounce of cocaine)." TROY DAVIS responded via text message, "600 ($600). You want it." JOHNSON replied with a text stating "550." TROY DAVIS replied via text message, "Ill put it in the pot (cook it into crack)."

190.    On or about December 1, 2017, at approximately 10:21 a.m., TROY DAVIS received an incoming text message from LAWRENCE, which said, "I want to square up with you, and I also need the same as yesterday one of old girl (a quantity of cocaine) and two oh boy (a quantity of heroin)."

191.    On or about December 1, 2017, at approximately 12:30 p.m., TROY DAVIS received an incoming phone call from LAWRENCE. During the conversation, TROY DAVIS asked, "What you want me to bring you?" LAWRENCE responded, "Just you know, if I could just get old dude (cocaine) that's cool. Just so she can get going and get to work." TROY DAVIS asked, "How much?" LAWRENCE replied, "Three and a half (grams of cocaine)."

192.    On or about December 1, 2017, at approximately 1:04 p.m., TROY DAVIS made an outgoing phone call to WASHINGTON. During the conversation, TROY DAVIS stated, "I'm home." WASHINGTON replied, "Go out the back door, look by that oil can…look by that oil jug, inside that box." TROY DAVIS stated, "Oh, I see it." WASHINGTON stated, "It had them goodies in that box." TROY DAVIS said, "Alright."

193.     On or about December 1, 2017, at approximately 1:05 p.m., TROY DAVIS made an outgoing phone call to LAWRENCE.  During the conversation, TROY DAVIS stated, "I got it all, I'm on my way." LAWRENCE replied, "Okay, cool.  I'm a just take the whole…you know…um…" TROY DAVIS asked, "The seven (grams of narcotics)?" LAWRENCE replied, "Yup, that's cool."  Later in the conversation, TROY DAVIS asked, "You said seven and seven then?" LAWRENCE responded, "No, just make it seven…three-five (each of drugs)."

194.     On or about December 1, 2017, at approximately 4:16 p.m., TROY DAVIS made an outgoing phone call to ELONZO DAVIS.  During the conversation, TROY DAVIS stated, "Yeah, I got situated." ELONZO DAVIS asked, "Did you?" TROY DAVIS replied, "Yeah." ELONZO DAVIS asked, "Was it the same guy (drug supplier)?" TROY DAVIS responded, "No, from Miko," (WASHINGTON).

195.     On or about December 1, 2017, at approximately 4:33 p.m., TROY DAVIS received an incoming phone call from WASHINGTON, who said, "Got a couple of Cleveland girls here (cocaine from a Cleveland-based supplier). Bring some money." TROY DAVIS replied, "S**t though, I need to get…I need to get with you again too." WASHINGTON stated, "Oh, Unc, we on the phone." TROY DAVIS responded, "I know, but we ain't talkin bout that bro. But we…I'll talk to you when I get there, though." WASHINGTON replied, "Aight."

196.     On or about December 1, 2017, at approximately 6:22 p.m., TROY DAVIS received an incoming call from PRYOR.  During the conversation, TROY DAVIS asked, "What you want?" PRYOR stated, "Ball of soft (3.5 grams of cocaine) and dollar of the other ($100 dollars' worth of crack)." TROY DAVIS asked, "You said how much you want soft." PRYOR replied, "Ball of soft." TROY DAVIS asked, "And bill of the other?" PRYOR said, "Yeah." TROY DAVIS then told him, "Go to Convenient."

197.    On or about December 1, 2017, at approximately 7:34 p.m., TROY DAVIS received an incoming phone call from WARRENS. During the conversation, WARRENS asked, "Can I come through for a halfie (a half gram of cocaine)?" TROY DAVIS stated, "Give me two minutes. I'll call you." At approximately 7:44 p.m., TROY DAVIS sent an outgoing text message to WARRENS, which stated, "Meet me to john own lowel st."

198.    On or about December 2, 2017, at approximately 11:57 a.m., TROY DAVIS made an outgoing phone call to VAUGHN. During the conversation, TROY DAVIS stated, "I need to rock with you bro (buy drugs)." VAUGHN responded, "You talkin' bout same thing you called me for the other day?" TROY DAVIS stated, "No, the first way we was doing." At approximately 12:58 p.m., TROY DAVIS received an incoming phone call from VAUGHN. During the conversation, TROY DAVIS stated, "S**t, I need a seven (seven grams of heroin/fentanyl) now, bro." VAUGHN said, "Aight."

199.    On or about December 2, 2017, at approximately 4:42 p.m., TROY DAVIS received an incoming phone call from ELONZO DAVIS. During the conversation, TROY DAVIS said, "You need some s**t (drugs), 'cause my dude (drug supplier) say he cool." ELONZO DAVIS asked, "Is that same way?" TROY DAVIS stated, "Yeah, ten-fifty ($1,050)." ELONZO DAVIS said, "Oh ok, when you hollering at him?" TROY DAVIS replied, "I had got that other s**t (heroin/fentanyl) from him (VAUGHN) this morning you know...but if you need any I'll hit him up for you." ELONZO DAVIS stated, "Yeah, but it's really just one (ounce) right now but if I wait a minute it'll probably...you know what I'm saying...one and a hizzy (one and a half ounces)." TROY DAVIS said, "I'll let him know though."

200.    On or about December 2, 2017, at approximately 4:46 p.m., TROY DAVIS made an outgoing phone call to VAUGHN. During the conversation, TROY DAVIS asked, "A dollar fifty ($150)." VAUGHN replied, "Yeah, come on with it." TROY DAVIS stated, "I got to

pretty much put down for you. Probably gonna be about three of them bro. So I hit you right back, aight." VAUGHN replied, "Oh, yeah that'll work. That's perfect."

201.    On or about December 2, 2017, at approximately 5:54 p.m., TROY DAVIS received an incoming phone call from ELONZO DAVIS. During the conversation, ELONZO DAVIS stated, "Three your thing (quantity of drugs)." TROY DAVIS asked, "Three?" ELONZO DAVIS responded, "Yeah."

202.    On or about December 2, 2017, at approximately 8:58 p.m., TROY DAVIS made an outgoing phone call to VAUGHN. During the conversation, TROY DAVIS stated, "My people (drug customers) want one of them s**ts bro (one ounce of drugs), if you want to bring it through." VAUGHN responded, "Alright, I'm 'bout to go ahead and see right now."

203.    On or about December 2, 2017, at approximately 9:32 p.m., TROY DAVIS received an incoming phone call from JOHNSON. During the conversation, JOHNSON asked, "How much you gone charge me for a seven of girl (7 grams of cocaine)? Cooking girl (crack)." TROY DAVIS replied, "Oh man, you...you know all my prices high, bro." JOHNSON asked, "How much you want for it?" TROY DAVIS replied, "I want three and a quarter ($325 for seven grams of crack) bro." JOHNSON asked, "I can't get it for three ($300)?" TROY DAVIS said, "Yeah, I got you bro."

204.    On or about December 3, 2017, at approximately 2:45 p.m., TROY DAVIS received an incoming phone call from ELONZO DAVIS. During the conversation, ELONZO DAVIS stated, "Hey, send me three for that boy (a quantity of heroin)." TROY DAVIS asked, "Huh? What you say?" ELONZO DAVIS stated, "Send me them three for that boy." TROY DAVIS stated, "Oh, alright."

205.    On or about December 3, 2017, at approximately 2:56 p.m., WASHINGTON received an incoming phone call from E.C. (known to the Grand Jury but not charged herein),

who stated, "Bro, police is on the corner. What is ya'll doing." WASHINGTON replied, "I know that's what I'm trying to tell Corn…Bobbie. They been following us since the south side." E.C. stated, "Yeah they…they just was taking pictures of my crib. I followed them to the E." E.C. stated, "Yeah ni**a they look, they in that mirror. They probably listening to us too, so f**k them we on our way to get some new phones."

206.    On or about December 3, 2017, at approximately 4:07 p.m., TROY DAVIS made an outgoing phone call to VAUGHN. During the conversation, TROY DAVIS stated, "S**t, I need three of them, bro (a quantity of drugs)." VAUGHN replied, "Aight, I'll be there. Give me like…give me like an hour." TROY DAVIS stated, "Aight, aight."

207.    On or about December 3, 2017, at approximately 5:33 p.m., TROY DAVIS received an incoming text message from WARRENS, who stated in the text, "Hey its Courtney my baby dad shut my phone off this is my text app you around I need a G for someone (a gram of cocaine)." TROY DAVIS responded via text message and stated, "Yes."

208.    On or about December 3, 2017, at approximately 5:46 p.m., TROY DAVIS received an incoming phone call from VAUGHN. During the conversation, VAUGHN stated, "I'm on my way now bro." TROY DAVIS stated, "I got twenty-five hundred ($2,500) bro, just bring me something for that."

209.    On or about December 3, 2017, at approximately 6:23 p.m., TROY DAVIS made an outgoing phone call to LAWRENCE. During the conversation, LAWRENCE stated, "I'm a just get that two (quantity of drugs) right at the moments…yeah." TROY DAVIS asked, "On the food (heroin)?" LAWRENCE replied, "Yup…yup." TROY DAVIS stated, "'Bout leaving y'all's phone so I'm just come on. I can stop on by to your house." LAWRENCE responded, "Alright, yeah. Just make it the whole thing. The three five (3.5 grams of heroin)." TROY DAVIS stated, "Alright. Here I come."

210.     On or about December 3, 2017, at approximately 7:56 p.m., TROY DAVIS made an outgoing phone call to VAUGHN.  During the conversation, TROY DAVIS stated, "S**t's only sixty, bro." VAUGHN asked, "Huh?" TROY DAVIS stated, "It's sixty." VAUGHN replied, "Hell no." TROY DAVIS said, "I'm telling you it said sixty grams, bro," and, "Sixty…sixty…that's it, and with the bag it's sixty one point five, bro.  That s**t, it's nothing but sixty grams." VAUGHN replied, "Alright, I got you."

211.     On or about December 3, 2017, at approximately 8:58 p.m., TROY DAVIS made an outgoing phone call to JOHNSON.  During the conversation, TROY DAVIS stated, "S**t, 'bout to get some more of this…this purple s**t (fentanyl) right quick." JOHNSON replied, "My people don't really like that s**t." JOHNSON went on to say, "I f**ked around and got some s**t from that boy (drug supplier) today…some tan s**t (heroin/fentanyl). They like that s**t, bro." TROY DAVIS asked, "Which one? Bob?" JOHNSON replied, "No, it's that same boy (VAUGHN) I've been telling you about. Sixty a gram ($60 per gram of heroin/fentanyl)." JOHNSON said, "I bought like ten of them s**ts and turned that bitch into sixteen…seventeen (cut the narcotics to stretch it to sixteen or seventeen grams)." TROY DAVIS said, "Bring some with you when you come over here boy.  Let me check it out." JOHNSON replied, "Alright."

212.     On or about December 4, 2017, at approximately 3:46 p.m., TROY DAVIS sent a text to VAUGHN.  In the text message, TROY DAVIS asked, "Ticket for 126 girl (cocaine)." VAUGHN responded via text message at approximately 4:57 p.m., "1050 straight out ($1,050 per ounce of cocaine)."

213.     On or about December 4, 2017, at approximately 4:12 p.m., TROY DAVIS received an incoming phone call from FLUKER.  During the conversation, TROY DAVIS asked, "What you want me to bring you?" FLUKER replied, "Shoot pool both ways (3.5 grams of cocaine and 3.5 grams of crack)." TROY DAVIS stated, "Alright, I'll be to your house."

51

214.     On or about December 4, 2017, at approximately 5:51 p.m., TROY DAVIS made an outgoing phone call to LAWRENCE.  During the conversation, TROY DAVIS asked, "What you want me to bring?"  LAWRENCE replied, "I'm a do the same thing that we did the other day with old dude."  TROY DAVIS said, "With old dude, alright."  LAWRENCE then stated, "That thirty five."  TROY DAVIS responded, "Thirty five (a quantity of drugs), I got you, baby."

215.     On or about December 4, 2017, at approximately 6:31 p.m., VAUGHN sent a follow up text message to TROY DAVIS stating, "ill respect the money 4500 ($4,500)."

216.     On or about December 5, 2017, at approximately 10:10 a.m., TROY DAVIS received an incoming phone call from HOBSON.  During the conversation, HOBSON asked, "You gonna wake up for me or no?"  TROY DAVIS replied, "Uh huh."  M. HOBSON stated, "Come out…s**t, got four ($400 to purchase drugs)."

217.     On or about December 7, 2017, at approximately 3:07 p.m., TROY DAVIS sent an outgoing text message to ELONZO DAVIS.  In the text message, TROY DAVIS stated, "Need to no what you want."  ELONZO DAVIS responded via text message, "2 (quantity of drugs). Wanted to do the 4n 12 with u."

218.     On or about December 7, 2017, at approximately 3:30 p.m., TROY DAVIS made an outgoing phone call to VAUGHN.  During the conversation, TROY DAVIS asked, "Hey, remember what we talked about the other…the other day for the forty-five ($4,500 worth of drugs)?"  VAUGHN replied, "Yeah."  TROY DAVIS stated, "I'm gonna want that."  VAUGHN responded, "Alright, bro."

219.     On or about December 7, 2017, at approximately 4:58 p.m., TROY DAVIS made an outgoing phone call to HOBSON.  During the conversation, HOBSON stated, "I give you

forty for one of them pieces…I need real quick." TROY DAVIS asked, "Thirty?" HOBSON replied, "I said forty 'cause I need a piece ($40 of crack)." TROY DAVIS stated, "Alright."

220.    On or about December 8, 2017, at approximately 3:36 p.m., TROY DAVIS received an incoming phone call from STUDEBAKER. During the conversation, TROY DAVIS stated, "I'll meet you somewhere. What you want me to bring you?" STUDEBAKER replied, "A g (1 gram of cocaine), and then just tell me where to go 'cause I'm right here downtown now."

221.    On or about December 9, 2017, at approximately 6:06 p.m., TROY DAVIS sent an outgoing text message to LAWRENCE. In the text message, TROY DAVIS asked, "How much girl (cocaine)." At approximately 6:28 p.m., TROY DAVIS made an outgoing phone call to LAWRENCE. During the conversation, TROY DAVIS stated, "You ain't never text me what you want." LAWRENCE replied, "My bad man that's 'cause I'm driving but I'm here now…the whole thing, though," (3.5 grams of cocaine). TROY DAVIS stated, "Just come around."

222.    On or about December 9, 2017, at approximately 7:44 p.m., TROY DAVIS received an incoming phone call from WARRENS. During the conversation, WARRENS asked, "Can I come through for a gram?" TROY DAVIS responded, "I'll meet you somewhere on the west side."

223.    On or about December 11, 2017, at approximately 9:56 a.m., TROY DAVIS received an incoming phone call from VAUGHN. During the conversation, TROY DAVIS stated, "The other way, you know what I mean? I want…I want like twelve or thirteen of them s**ts right now if you wanna bring it (12-13 grams of heroin). You know what I mean?" VAUGHN replied, "Aight, aight." At approximately 11:14 a.m., TROY DAVIS received an incoming phone call from VAUGHN. During the conversation, VAUGHN stated, "S**t, I'm on my way right now." TROY DAVIS responded, "Okay, my dude wants you to bring him one

53

more of them things...the other way bro." VAUGHN stated, "It's gonna take a little longer than...take about an hour and a half." TROY DAVIS stated, "Alright, let me...let me...bring me mine then, s**t." VAUGHN stated, "Aight, I got you."

224.    On or about December 11, 2017, at approximately 11:37 a.m., TROY DAVIS received an incoming phone call from VAUGHN. During the conversation, VAUGHN stated, "Come over there to Plum Creek house," an address on Plum Creek Drive, Columbia Station, Ohio. At approximately 12:51 p.m., TROY DAVIS left the area of Plum Creek Drive, driving a dark colored Ford Fusion, after meeting with VAUGHN. Approximately two minutes later, a white Ford Explorer, driven by VAUGHN, also left the area of Plum Creek Drive. At approximately 12:56 p.m., ALVIN FENNELL and TROY DAVIS possessed 12.7 grams of fentanyl, and 12.6 grams of cocaine. At around the same time, VAUGHN possessed U.S. currency and a digital scale.

225.    On or about December 11, 2017, at approximately 1:13 p.m., TROY DAVIS made an outgoing phone call to ELONZO DAVIS. During the conversation, TROY DAVIS stated, "Just got pulled over, dog." ELONZO DAVIS replied, "What?" TROY DAVIS stated, "Hell yeah, and then we had that s**t on us and s**t my ni**a. They took the s**t my ni**a, and let us go, dog. I don't understand that s**t, my nig." ELONZO DAVIS then asked, "Took what?" TROY DAVIS responded, "They took the...I had some food (fentanyl) and some coke (cocaine), my ni**a. They say they don't know what the purple s**t is (fentanyl) so they ain't gonna charge nobody with it until they field test it and all kinds of s**t. You know what I mean? But they ain't say nothin bout the white s**t (cocaine). So I don't know. If they know cocaine. Cocaine is cocaine, my ni**a."

226.    On or about December 11, 2017, at approximately 2:02 p.m., TROY DAVIS made an outgoing phone call to VAUGHN. During the conversation, TROY DAVIS stated,

"Them mother f\*\*kers pulled us over. They found that s\*\*t on my brother (ALVIN FENNELL), my ni\*\*a."

227.     On or about December 11, 2017, at approximately 2:44 p.m., TROY DAVIS made an outgoing phone call to WARRENS. During the conversation, WARRENS stated, "I need a g for this girl," (1 gram of cocaine). TROY DAVIS asked, "Where you at?" WARRENS stated, "In the Village, on Garden (Street)," and gave the apartment number of "Eleven O two." At approximately 5:34 p.m., TROY DAVIS received an incoming phone call from WARRENS. During the conversation, WARRENS stated, "Hey not trying to bother you but I need another gram," (1 gram of cocaine). TROY DAVIS replied, "Alright. Where you at?" WARRENS stated, "Same spot." TROY DAVIS replied, "Alright."

228.     On or about December 11, 2017, at approximately 9:39 p.m., TROY DAVIS received an incoming phone call from WARRENS. During the conversation, WARRENS stated, "I need another one (1 gram of cocaine)." TROY DAVIS asked, "You at same place?" WARRENS replied, "Yes I am . . . How long?" TROY DAVIS stated, "I'm coming."

229.     On or about December 11, 2017, at approximately 9:55 p.m., TROY DAVIS received an incoming phone call from LAWRENCE. During the conversation, LAWRENCE stated, "Yeah...hey, this is....this is short like....it said like...it said like three o six (3.06 grams of cocaine). You know?" TROY DAVIS responded, "Three o six...so I owe you point four, something like that?" LAWRENCE stated, "Yes. Yep." Later in the conversation, TROY DAVIS stated, "I'm about to go...I'm about to go meet that dude (drug supplier) in a few minutes, man. I'm just have to take my chances and s\*\*t. I'm a find somebody with a pu\*\*y let them put it in there (bring a female and have her store narcotics in her vagina to thwart law enforcement detection)." LAWRENCE responded, "Hey, I mean if you need me let me know."

230.     On or about December 12, 2017, at approximately 9:23 a.m., TROY DAVIS

received an incoming text message from LAWRENCE.  In the text message, LAWRENCE

stated, "Hey….can u bring me 1.5 boy please (1.5 grams heroin)." At approximately 9:33 a.m.,

TROY DAVIS received an incoming phone call from LAWRENCE.  During the conversation,

TROY DAVIS asked, "What you say you want? Some food (heroin)?"  LAWRENCE replied,

"Yeah…the same thing from…you know last night or whatever."

231.     On or about December 12, 2017, at approximately 11:21 a.m., TROY DAVIS

made an outgoing phone call to JOHNSON.  During the conversation, TROY DAVIS asked,

"Where you been getting your food (heroin) from, boy?" JOHNSON replied, "Um…boys name

in the Cadillac." TROY DAVIS stated, "Oh, Thorpe (also known as M.T (known to the Grand

Jury but not charged herein)." JOHNSON said, "Yep." TROY DAVIS asked, "Good?"

JOHNSON stated, "Um hum…do switch a roo…try it out make sure the s**ts the same, man."

TROY DAVIS said, "Right, right, right…little switch a roo."  JOHNSON then stated, "Selling

them s**ts for seventy a gram ($70 per gram of heroin)."  Later in the conversation, TROY

DAVIS and JOHNSON begin talking about TROY DAVIS's recent traffic stop with the Ohio

State Highway Patrol.  TROY DAVIS stated, "The same day my ni**a, this was yesterday cuz,

the same time they pulled me over they was pulling him over too he said.  I don't trust him…get

me thinking you ain't the police my ni**a…I had just got five of 'em from him…five the other

day my ni**a (5 ounces of cocaine).  If you gonna set me up, you set me up with five ounces my

ni**a no little half ounce of soft (cocaine), and f**king fourteen grams of food (heroin), bro.

You know what I mean." Later in the conversation, JOHNSON asked, "You got the boys

number?" TROY DAVIS replied, "Which one? Thorpe (M.T.)?" JOHNSON then stated, "I got

his number if you want it." TROY DAVIS replied, "I'll just let Bo (ELONZO DAVIS) deal

with him (M.T.) and s**t. I just don't got time for the switch a roo and s**t, and Bob Bob (also

known as B.C., known to the Grand Jury but not charged herein) don't seem like he getting straight no more.  I don't know what's up with him." JOHNSON stated, "He (B.C.) tried to give me like twenty grams (of heroin), but I ain't took it." TROY DAVIS stated, "I don't know what he got going on Bob Bob, just giving it all to him and s**t."

232.    On or about December 12, 2017, at approximately 12:08 p.m., TROY DAVIS made an outgoing phone call to ALVIN FENNELL.  During the conversation, ALVIN FENNELL stated, "I need a half a gram of that mother f**king foo foo for real right now (.5 gram of heroin)." TROY DAVIS responded, "That what I was trying to get with him man...Thorpey (M.T.) got some s**t, so go holler at Thorpe." ALVIN FENNELL asked, "Who?" TROY DAVIS replied, "You know Thorpe (M.T.). Tall skinny Thorpe, used to be knew Bob Bob (B.C.).  Little dark skinned dude.  Drives a grey Cadillac." ALVIN FENNELL asked, "You don't got nothing over there." TROY DAVIS responded, "I got food (heroin).  That white s**t we had over here but you don't want to sell that." ALVIN FENNELL stated, "No that white s**t ain't going nowhere...actually...you got to mix that s**t up (the drugs are of poor quality and have to be mixed with something to sell)." TROY DAVIS stated, "That's the only s**t I had I got...I got rid of that yesterday. I had another bally (3.5 grams) like I got rid of to Johnnie (LAWRENCE).  That's why I was getting that s**t, I was going to turn that bitch...it was fourteen, I was going to turn it into f**king at least twenty-eight...twenty-five...twenty-six grams (of heroin)."

233.    On or about December 13, 2017, at approximately 10:38 a.m., TROY DAVIS received an incoming phone call from FLUKER.  During the conversation, FLUKER asked, "Can I shoot pool both ways (3.5 grams of cocaine and 3.5 grams of cocaine base (crack)." TROY DAVIS responded, "I can make it happen...talk when you get here."

234.     On or about December 13, 2017, at approximately 10:42 a.m., TROY DAVIS made an outgoing phone call to WASHINGTON. During the conversation, WASHINGTON stated, "On my way with this fool, going to court. You aight?" TROY DAVIS responded, "No...yeah...sure...yeah, yeah I guess. But you know what we talk 'bout yesterday? I need that s**t, boy." WASHINGTON stated, "Aight, I uh...I try to catch up with homeboy when he get off work." TROY DAVIS responded, "No. I'm talking 'bout what you have (cocaine)." WASHINGTON said, "I'll talk to you in a minute."

235.     On or about December 13, 2017, at approximately 10:43 a.m., TROY DAVIS made an outgoing phone call to ELONZO DAVIS. During the conversation, TROY DAVIS stated, "I think Nephew about to pull up. I think Nephew cool." ELONZO DAVIS asked, "Nephew (WASHINGTON)?" TROY DAVIS responded, "Yeah, stingy ass cousin." ELONZO DAVIS then replied, "Oh you talked to him?" TROY DAVIS stated, "I just hit him up just now, he said he was taking his old lady to court and some s**t like that. He said he'd be over here in a minute." Later ELONZO DAVIS asked, "Oh so that other boy (drug supplier) ain't called you back huh?" TROY DAVIS responded, "No, I text him...he don't like to talk on no phone boy. He don't even answer on his phone. I texted him...he ain't text back yet." ELONZO DAVIS asked, "So that boy (WASHINGTON) said he about to pull up in a minute?" TROY DAVIS stated, "Yeah, he said in a few minutes he be there." At approximately 2:21 p.m., TROY DAVIS made an outgoing phone call to WASHINGTON. During the conversation, WASHINGTON stated, "I'm right here over at freeze house. I'm about to pick up Freeze right now. I'm 'bout to blow down on you." TROY DAVIS stated, "I'll pull up on the Ave then." WASHINGTON responded, "Aight."

236.     On or about December 13, 2017, at approximately 2:40 p.m., TROY DAVIS made an outgoing phone call to ELONZO DAVIS. During the conversation, TROY DAVIS

stated, "I'm on your…at your mom's house. I'm at your mom's house and s**t. He only got like uh…one and a quarter, and a bally (1 ounce and 10.5 grams of cocaine). So what I'm a do…we just can go half on that and just split it up." ELONZO DAVIS stated, "Aight." Later in the conversation, ELONZO DAVIS asked, "How much?" TROY DAVIS stated, "Uh…just told him half…but he only got one, and a bally, and a quarter. So you do the math…it's eleven hundred a zip, bro ($1,100 per ounce of cocaine)." TROY DAVIS later stated, "Alright, so I'm about to pull up to your job right now, so don't go in there yet, my ni**a." ELONZO DAVIS responded, "No, I got to. I'm a leave the money in the car."

237.     On or about December 13, 2017, at approximately 2:59 p.m., TROY DAVIS received an incoming phone call from WASHINGTON. During the conversation, TROY DAVIS stated, "S**t, I just came over here to Bo's (ELONZO DAVIS) job to get some…to get some…money for this s**t (drugs), man." WASHINGTON stated, "I can't hear you Unc." TROY DAVIS then said, "I said I just came from Bo's (ELONZO DAVIS) job to get some of that money 'cause he had wanted some of that s**t too man. But I'm about to come bring you the mother f**ker." WASHINGTON responded, "I'll talk to you when I see you face to face man." At approximately 4:00 p.m., TROY DAVIS made an outgoing phone call to WASHINGTON. During the conversation, TROY DAVIS stated, "I'm on…I'm on bell (Bell Avenue). Where you at, bro?" WASHINGTON stated, "I'm 'bout to pull up right now."

238.     On or about December 13, 2017, at approximately 8:10 p.m., TROY DAVIS received an incoming phone call from VAUGHN. During the conversation, VAUGHN asked, "What you trying to do?" TROY DAVIS stated, "Like, a ten (10 grams of fentanyl)." VAUGHN stated, "Alright, come to the airport." TROY DAVIS stated, "That's what's up. I need it."

239.     On or about December 13, 2017, at approximately 9:27 p.m., TROY DAVIS received an incoming phone call from LAWRENCE. During the conversation, TROY DAVIS

stated, "He's got a gram of that purple s\*\*t that I had (fentanyl). Do you want it?" LAWRENCE

replied, "Oh yeah, yeah, yeah, yeah, yeah…absolutely."

240.    On or about December 14, 2017, at approximately 12:05 p.m., TROY DAVIS

made an outgoing phone call to STUDEBAKER. During the conversation, STUDEBAKER

stated, "I got someone who wants a ball (3.5 grams of cocaine) here in thirty minutes but I need a

g (a gram) right now." TROY DAVIS responded, "Alright, give me like fifteen minutes."

241.    On or about December 14, 2017, at approximately 5:12 p.m., TROY DAVIS

received an incoming phone call from LAWRENCE. During the conversation, TROY DAVIS

asked, "What you want me to bring?" LAWRENCE stated, "Um…just uh…I'm thinking…just

one of the other. I said just make sure you have old girl (cocaine) and just one of the other one (a

gram of heroin/fentanyl)." TROY DAVIS stated, "I got you."

242.    On or about December 14, 2017, at approximately 5:16 p.m., TROY DAVIS

received an incoming phone call on his phone from STUDEBAKER. ALVIN FENNELL

answered TROY DAVIS' phone, and STUDEBAKER stated, "Wonder if I can come by really

quick." ALVIN FENNELL responded, "We have to meet you somewhere, what you need."

STUDEBAKER stated, "A teener (1.75 grams of cocaine)." ALVIN FENNELL stated, "Pull up

at convenient over there." ALVIN FENNELL asked, "That's soft right (cocaine)?"

STUDEBAKER stated, "Yeah, it's just me."

243.    On or about December 14, 2017, at approximately 7:58 p.m., TROY DAVIS

received an incoming phone call from JARELL DAVIS. During the conversation, TROY

DAVIS stated, "I need to see you, bro." JARELL DAVIS asked, "How many?" TROY DAVIS

stated, "It's going to be two of them, but I got to go to the south side and get… (2 ounces of

cocaine)." JARELL DAVIS responded, "Yeah, I'm coming back from uh…I'm out to eat right

now anyway that's why I couldn't answer my phone today, it's my grandma birthday. I will be back about eight forty five." TROY DAVIS stated, "That's what's up bro, I be ready for you."

244.    On or about December 14, 2017, at approximately 7:59 p.m., TROY DAVIS made an outgoing phone call to ELONZO DAVIS. During the conversation, TROY DAVIS stated, "Leave your money in the car and don't lock the door man, I'm about to come get it." ELONZO DAVIS said, "Ok." TROY DAVIS stated, "He say eight forty five so you'll still be working but I'm coming to get it right now, though." At approximately 8:06 p.m., TROY DAVIS received an incoming text message from ELONZO DAVIS. In the text message, ELONZO DAVIS stated, "That's 1000."

245.    On or about December 14, 2017, at approximately 10:34 p.m., TROY DAVIS received an incoming phone call from WARRENS. During the conversation, TROY DAVIS stated, "Line it up…it is two grams (of cocaine) ni**a so just give me one hundred and twenty dollars." WARRENS stated, "Ok."

246.    On or about December 14, 2017, at approximately 10:36 p.m., TROY DAVIS made an outgoing phone call to ALVIN FENNELL. During the conversation, TROY DAVIS asked, "What you want out here?" ALVIN FENNELL replied, "Just bring me a twenty piece, ($20 worth of crack)." TROY DAVIS stated, "Alright."

247.    On or about December 14, 2017, at approximately 11:21 p.m., TROY DAVIS received an incoming phone call from WILLIAMS. During the conversation, WILLIAMS asked, "What you want for a half on the food side (.5 grams heroin)? TROY DAVIS asked, "For the food (heroin)?' WILLIAMS responded, "Yeah." TROY DAVIS stated, "Give me forty five dollars, man." WILLIAMS said, "You bring half on the hard side too (.5 grams crack)." TROY DAVIS asked, "Where?" WILLIAMS replied, "Baby moms Wilkes (Wilkes Apartments, located in Elyria, Ohio)."

248.    On or about December 15, 2017, at approximately 12:10 p.m., TROY DAVIS sent an outgoing text message to JARELL DAVIS. In the text message, TROY DAVIS stated, "63 when u come (63 grams of cocaine)." JARELL DAVIS responded, "Ok."

249.    On or about December 15, 2017, at approximately 2:23 p.m., TROY DAVIS received an incoming phone call from PHARES. During the conversation, PHARES asked, "You still good on that?" TROY DAVIS said, "Serving." PHARES responded, "I can come get some." TROY DAVIS then asked, "What you want, an ounce?" PHARES replied, "Nah probably like four or five (grams of cocaine)." TROY DAVIS asked, "Four or five g's (grams)?" PHARES stated, "Something like that. I'm gonna get that soon just waiting on the money."

250.    On or about December 15, 2017, at approximately 9:08 p.m., TROY DAVIS made an outgoing phone call to ELONZO DAVIS. During the conversation, TROY DAVIS stated, "I'm ready when you ready." ELONZO DAVIS replied, "Alright. Feel like doing something?" TROY DAVIS stated, "Up to you, bro." ELONZO DAVIS responded, "Yeah, twenty one (21 grams of cocaine)." TROY DAVIS said, "Alright."

251.    On or about December 16, 2017, at approximately 10:04 a.m., TROY DAVIS received an incoming phone call from ELONZO DAVIS. During the conversation, TROY DAVIS stated, "I need bout four hundred ($400) right quick, to go get this food (heroin) from this boy French (JARELL DAVIS) is about to turn me on to. If you can handle it and I give it right back to you soon as I sell some of this s**t bro. Unless I can pay you with soft (cocaine) or the purple thing (fentanyl). It don't matter, however you want to do it." ELONZO DAVIS responded, "Damn that's crazy 'cause I was just about to call you for that, but it don't matter. I don't want to...you know what I'm saying." TROY DAVIS stated, "Yeah, so that's...we bout to go get some soft (cocaine) and s**t. So yeah, he want to take me with him to get that food

(heroin), but I ain't want to spend that money. I ain't got the money yet. I only got like six hundred ($600)." ELONZO DAVIS said, "Okay, okay."

252.     On or about December 16, 2017, at approximately 5:16 p.m., TROY DAVIS received an incoming phone call from PRYOR. During the conversation, TROY DAVIS asked, "What you got?" PRYOR stated, "I got a dollar on one, just tryin…that's all but I wanna try and get a bizzall (3.5 grams of cocaine), but I had a dollar and I'm gonna give you those tickets for free." TROY DAVIS responded, "I don't want no tickets, I want money." PRYOR stated, "Alright, I'll just come over with what I have, man." TROY DAVIS said, "Alright."

253.     On or about December 16, 2017, at approximately 8:45 p.m., TROY DAVIS received an incoming phone call from WARRENS. During the conversation, WARRENS asked, "Can I come grab a gram (cocaine) off of you?" TROY DAVIS stated, "I'll come to your house." WARRENS said, "I need separate too…half and half (half cocaine, half crack)." TROY DAVIS replied, "Alright." At approximately 10:13 p.m., TROY DAVIS received an incoming text message from WARRENS. In the text message, WARRENS stated, "I need another gram (of cocaine) here in like half hour." At approximately 10:50 p.m., TROY DAVIS sent another text message to WARRENS, asking, "What u want." WARRENS responded via text message, "Teen (1.75 grams of cocaine)."

254.     On or about December 17, 2017, at approximately 1:25 p.m., TROY DAVIS made an outgoing phone call to LAWRENCE. During the conversation, TROY DAVIS stated, "I holler at that dude though (drug supplier), so I got some. That purple s**t (fentanyl) back." LAWRENCE said, "I'll be needing that, though." Later in the conversation, TROY DAVIS asked, "What you need?" LAWRENCE replied, "At least two (2 grams of fentanyl) for the moment." TROY DAVIS stated, "I'm on my way."

255.     On or about December 18, 2017, at approximately 11:57 a.m., TROY DAVIS made an outgoing phone call to RICHARDSON.  During the conversation, RICHARDSON asked, "I can't meet you where you going?" TROY DAVIS replied, "Yeah. What you wanted?" RICHARDSON stated, "Give me one of the purple one (1 gram of fentanyl)." TROY DAVIS replied, "Alright." At approximately 1:00 p.m., TROY DAVIS made an outgoing phone call to RICHARDSON.  During the conversation, RICHARDSON stated, "He f**king with Mont (aka WASHINGTON), he trying to get some." TROY DAVIS asked, "What he trying to get?" RICHARDSON stated, "Quarter of the soft," (7 grams of cocaine)." TROY DAVIS asked, "The soft (cocaine)?" RICHARDSON stated, "Yep." TROY DAVIS said, "Tell him three twenty five ($325)." RICHARDSON responded, "I told him three fifty ($350)." TROY DAVIS asked, "Where you want to meet." RICHARDSON replied, "Don't matter for real meet there on Bell (Avenue, where TROY DAVIS resides)." TROY DAVIS said, "Alright, I'll be there…leaving Lorain, call you in a few minutes."

256.     On or about December 18, 2017, at approximately 4:58 p.m., TROY DAVIS received an incoming phone call from ALVIN FENNELL.  During the conversation, ALVIN FENNELL stated, "I had a half (half gram) there for us." TROY DAVIS asked, "For the food (heroin)?" ALVIN FENNELL said, "Yeah." TROY DAVIS responded, "I'm about to leave I'll leave it in the jeep…put money in the jeep." ALVIN FENNELL then stated, "Yeah, jeep."

257.     On or about December 18, 2017, at approximately 1:03 p.m., TROY DAVIS received an incoming text message from STUDEBAKER.  In the text message, STUDEBAKER stated, "Hey have a half ready (.5 gram of cocaine base crack)."

258.     On or about December 19, 2017, at approximately 5:45 p.m., TROY DAVIS made an outgoing phone call to ELONZO DAVIS.  During the conversation, ELONZO DAVIS stated, "S**t, I got like six ($600) though now." TROY DAVIS responded, "Okay, give me a

few minutes and s\*\*t, and I'll...I'll have the same thing. We can just shoot back out there and holler at him (the drug supplier). Yeah we can get um...we can get one and a quarter (1 and 1/4 ounce of cocaine) with that. A little bit more than that...you feel me?" ELONZO DAVIS stated, "S\*\*t one and a half would be like nine...thirteen fifty ($1,350)." TROY DAVIS then said, "Yeah half of...half of nine is four fifty ($450)."

259.     On or about December 19, 2017, at approximately 7:51 p.m., TROY DAVIS received an incoming phone call from WASHINGTON. During the conversation, TROY DAVIS stated, "S\*\*t, driving from Cleveland not too long ago. Went and hollered at my dude (drug supplier) and s\*\*t."

260.     On or about December 20, 2017, at approximately 12:31 a.m., TROY DAVIS received an incoming text message from WARRENS. In the text message, WARRENS stated, "Baby this is only 3 (3 grams of cocaine) promise I even check my clock (digital scale) I clock everything before I touch it." TROY DAVIS responded via text message, "You sure better make sure its own the g." At approximately 5:06 p.m., TROY DAVIS received an incoming text message from WARRENS, stating, "I owe that 50 plus the 3 what you want all together so I no (owe $350)." TROY DAVIS responded via text message, "225 ($225)."

261.     On or about December 22, 2017, at approximately 1:39 p.m., TROY DAVIS received an incoming phone call from ELONZO DAVIS. During the conversation, TROY DAVIS stated, "I got a lick for an ounce (of cocaine) but he tell me he wanna pay nine hundred ($900) so I ain't gonna turn him down for the money so I'm just gonna make it look like an ounce but it's gonna be some shine (cut)."

262.     On or about December 22, 2017, at approximately 3:03 p.m., TROY DAVIS received an incoming phone call from LAWRENCE. During the conversation, TROY DAVIS asked, "How much girl (cocaine), though?" LAWRENCE responded, "The...you know...the

whole thing or whatever." TROY DAVIS asked, "Seven or three, three-five?" LAWRENCE then said, "Say it again." TROY DAVIS asked, "Seven or three-five?" LAWRENCE replied, "Three (3.5 grams of cocaine)." TROY DAVIS said, "Alright."

263.    On or about December 22, 2017, at approximately 3:35 p.m., TROY DAVIS received an incoming phone call from WHITE. During the conversation, TROY DAVIS asked, "What you trying to do?" WHITE responded, "S**t, bally (3.5 grams of cocaine)." TROY DAVIS then asked, "Of the soft or the other way (cocaine or crack)?" WHITE replied, "Soft (cocaine)."

264.    On or about December 23, 2017, at approximately 12:19 p.m., TROY DAVIS made an outgoing phone call to LAWRENCE. During the conversation, TROY DAVIS asked, "What you trying to do?" LAWRENCE replied, "Just grab one of the other of the boy (3.5 grams of heroin) and one of the girly (3.5 grams of cocaine)."

265.    On or about December 23, 2017, at approximately 12:22 p.m., TROY DAVIS made an outgoing phone call to ELONZO DAVIS. During the phone call, ELONZO DAVIS stated, "I seen Miko (WASHINGTON)." TROY DAVIS responded, "I know he gave me one (1 ounce of cocaine) yesterday too…last night, too with his black ass." TROY DAVIS asked, "He give one to you?" ELONZO DAVIS stated, "Hell no…f**k no." TROY DAVIS later said, "Yeah, but he gave to me though. He begged me to take it." TROY DAVIS, while still talking about WASHINGTON, said, "He said you gonna drop this for me? I said man, nobody got time for that s**t. I ain't getting now s**t for nine hundred dollars. Man I ain't got time for that s**t man. He like, damn man, damn I'll give it to you. I said boy let me tell you something cuz, if you give me that s**t, don't you bring your ass to my house early in the morning for you want your money cuz."

266.     On or about December 23, 2017, at approximately 3:16 p.m., TROY DAVIS made an outgoing phone call to JOHNSON.  During the conversation, TROY DAVIS stated, "Yeah I got a little hard (crack) around here I'm just waiting for my dude to come through, cuz. That dude (drug supplier) do that nine hundred ($900), that s**t that's way he was trying to sell it for nine hundred.  It was f**ked up my ni**a I put the whooping game on twenty-five (grams). That bitch came back like twenty-four (grams).  No good, and I whooped the f**k out, got my money back. The other dude get something I mean."  JOHNSON responded, "I tried to get something out of Mont (WASHINGTON) ass, he like he don't trust me.  I heard him talk him out the s**t."  TROY DAVIS stated, "He came through yesterday and gave me a zip (one ounce) of that s**t (drugs). I ain't done nothing to it...a bunch of shake (cut) on it too, know what I mean?"

267.     On or about December 24, 2017, at approximately 12:27 p.m., TROY DAVIS received an incoming text message from WARRENS.  In the text message, WARRENS stated, "'Cause I only got half a g (half a gram of cocaine) and people want more that. That lol."  At approximately 12:27 p.m., TROY DAVIS made an outgoing phone call to WARRENS.  During the conversation, TROY DAVIS asked, "How much you got?"  WARRENS replied, "I got one-seventy ($170)."  TROY DAVIS said, "Alright . . . I'm about to pull up."

268.     On or about December 24, 2017, at approximately 2:22 p.m., TROY DAVIS received an incoming phone call from ELONZO DAVIS.  During the conversation, ELONZO DAVIS stated, "S**t, I only have sixteen, man ($1,600). I'm trying to make a couple calls, get another dollar."  TROY DAVIS stated, "I'm about to go holler at him (drug supplier) bro. You know what I mean."  ELONZO DAVIS said, "Yeah."  TROY DAVIS stated, "Get what we can get you feel me."

269.　　On or about December 26, 2017, at approximately 10:46 p.m., TROY DAVIS received an incoming phone call from FLUKER. During the conversation, FLUKER asked, "Can you come my way man; I need like a ball…three or four (grams)." TROY DAVIS asked, "You need what?" FLUKER replied, "Just come here with some hard (crack)." Later in the conversation, FLUKER stated, "Ok well bring a ball (3.75 grams), man."

270.　　On or about December 26, 2017, at approximately 11:20 p.m., TROY DAVIS received an incoming text message from WARRENS. In the text message WARRENS stated, "This dude wants more than what I got left I need more. Wants 2 (grams) but only got 1 left. Can I add 40 to next one?" TROY DAVIS replied, "Yes what u got now." WARRENS replied, "160 ($160)." TROY DAVIS replied, "I am otw you got to ride with to church open door with me."

271.　　On or about December 27, 2017, at approximately 9:28 a.m., TROY DAVIS received an incoming phone call from ELONZO DAVIS. During the conversation, ELONZO DAVIS stated, "I might have to re-do (re-cook crack cocaine) it again, though, 'cause then it crumbling on me." TROY DAVIS responded, "Aight, mine came back straight bro. I did six…I did sixteen, that bitch came back twenty-four (24 grams of crack)."

272.　　On or about December 27, 2017, at approximately 8:03 p.m., TROY DAVIS received an incoming phone call from FLUKER. During the conversation, FLUKER stated, "Hey I need to shoot some pool (buy some cocaine)." TROY DAVIS asked, "Which way?" FLUKER replied, "Not hard (cocaine)." TROY DAVIS said, "Alright."

273.　　On or about December 28, 2017, at approximately 10:36 a.m., TROY DAVIS began receiving several incoming text messages from LAWRENCE. The text messages stated, "Hey can u bring me something," "The same as yesterday please," and, "2 and one girly (seven grams of heroin and 3.5 gram of cocaine)."

274.    On or about December 28, 2017, at approximately 1:59 p.m., TROY DAVIS received an incoming phone call from ELONZO DAVIS.  During the conversation, TROY DAVIS stated, "Trying to see what you want me to do." ELONZO DAVIS replied, "S**t I'm gonna need one (1 ounce) but I'm gonna need some help (front some of the drugs)." TROY DAVIS asked, "So what kind of help you need?" ELONZO DAVIS replied, "S**t…like three…two-fifty." Later, TROY DAVIS stated, "Alright I'll be over there in a minute."

275.    On or about December 28, 2017, at approximately 3:26 p.m., TROY DAVIS received an incoming phone call from ALKEEM FENNELL. During the conversation, TROY DAVIS asked, "What you wanted?" ALKEEM FENNELL stated, "S**t…one and a half (grams of crack)." TROY DAVIS responded, "Hard (crack), right?" ALKEEM FENNELL said, "Yeah."

276.    On or about December 28, 2017, at approximately 6:37 p.m., TROY DAVIS received an incoming text message from STUDEBAKER.  In the text message, STUDEBAKER stated, "I need a teener (1.75 grams of cocaine)." TROY DAVIS replied via text message, "Iam bout to be home." At approximately 6:50 p.m., TROY DAVIS received another incoming text message from STUDEBAKER stating, "Need a teener (1.75 grams of cocaine), a half (gram) and a g (gram of cocaine) all separate."

277.    On or about December 28, 2017, at approximately 7:07 p.m., TROY DAVIS made an outgoing phone call to WILLIAMS.  During the conversation, TROY DAVIS asked, "What you wanted?" WILLIAMS replied, "A whole one (gram of cocaine) and a half on the hard side (half gram of crack)."

278.    On or about December 28, 2017, at approximately 7:18 p.m., TROY DAVIS received an incoming phone call from HOBSON.  During the conversation, HOBSON stated, "Hey, a quarter (7 grams)." TROY DAVIS asked, "Which way? Undone (cocaine)?" M.

HOBSON replied, "No your way (crack) … I don't want it to be drippin'." TROY DAVIS said, "Alright cuz."

279.     On or about December 28, 2017, at approximately 10:02 p.m., TROY DAVIS received an incoming phone call from FLUKER. During the conversation, FLUKER stated, "Man just come man." TROY DAVIS asked, "Pool right (3.75 grams of cocaine)?" FLUKER replied, "Yeah."

280.     On or about January 6, 2018, TROY MARTIN sold a confidential informant, hereinafter CS-5, .35 grams of cocaine base (crack) for $60.00 dollars near the intersection of West Ridge Road and Fowl Road in Elyria, Ohio.

281.     On or about January 11, 2018, LAWRENCE sold a confidential informant, hereinafter CS-6, .23 grams of a mixture of heroin, fentanyl, and Cyclopropyl Fentanyl for $60.00 dollars near a residence located on Sumner Street in Elyria, Ohio.

282.     On or about January 15, 2018, TROY MARTIN sold CS-5 .26 grams of cocaine base (crack) for $60.00 dollars near the intersection of West Ridge Road and Fowl Road in Elyria, Ohio.

283.     On or about January 17, 2018, at approximately 12:29 p.m., TROY DAVIS made an outgoing call to HOBSON on the telephone. During the conversation, TROY DAVIS said, "I got another gonna bring me a tester of that food (heroin/fentanyl) and s**t right. Imma see how it is and the ni**a if its good I'm gonna tell the ni**a I want like 60 grams and take it." HOBSON replied, "Hold up cuz, let's just cool off for a second, feel me, I'll be over." At approximately 1:48 p.m., TROY DAVIS made an outgoing call to HOBSON. During the conversation, HOBSON stated, "Make that…make that order?" TROY DAVIS responded, "Which one?" HOBSON advised, "For the soft (cocaine)… Not for the food food (heroin)." TROY DAVIS said, "Alright I'm about to text him right now then."

284.    On or about January 17, 2018, at approximately 2:15 p.m., TROY DAVIS made an outgoing call to JOHNSON. During the conversation, JOHNSON asked, "You said you can get some of that s\*\*t for?" TROY DAVIS asked, "Um the other one?" JOHNSON stated, "The soft (cocaine) yeah 12 s\*\*t. I'm still waiting on him I've been trying to call all morning." TROY DAVIS said, "I can probably get some and you and I can probably ride together (purchase narcotics together from the supplier), but we got to Fat Corky (a nickname for ROGERS) and s\*\*t. Corky said we can get it for 1050 ($1,050 per ounce of cocaine) we can just go half, you know what I mean." JOHNSON then asked, "Where we gotta go to get that?" TROY DAVIS said, "Probably got to go to Cleveland through Corky....It's Miko (WASHINGTON) people (drug suppliers) who he been dealing with, but Miko owe them boys' money."

285.    On or about January 17, 2018, at approximately 2:18 p.m., TROY DAVIS made an outgoing call to ROGERS on the telephone. During the conversation, ROGERS asked, "Alright what the same thing you come for the other day?" TROY DAVIS replied, "A whole one. I'm about to come right now bro." ROGERS said, "No listen call me as soon as you…come to the house I'm right like where that gas station at I'm on the other side of the street."

286.    On or about January 17, 2018, at approximately 2:32 p.m., TROY DAVIS made an outgoing phone call to ROGERS. During the conversation TROY DAVIS said, "I'm about to come to you, bro." ROGERS replied, "Alright, what the same thing you come for the other day?" TROY DAVIS said, "It's gonna be one (ounce of cocaine)." ROGERS replied, "Alright." TROY DAVIS said, "A whole one, I'm about to come right now bro. What do you want me to come to that store?" ROGERS provided TROY DAVIS instructions on how to get to a house on Brookfield Avenue, off Bellaire Avenue in the City of Cleveland.

287.    On or about January 17, 2018 at approximately 2:40 p.m., TROY DAVIS made an outgoing phone call to JOHNSON.  During the conversation, TROY DAVIS said, "Yo, he said come over. When we get to 480 (Interstate 480) and Bellaire (Avenue) we just call him. We can go to his house and s**t."

288.    On or about January 17, 2018, at approximately 4:38 p.m., TROY DAVIS made an outgoing call to HOBSON.  During the conversation, TROY DAVIS said, "I went to go meet Corky (ROGERS).  I went to Cleveland and s**t, but that s**t good as f**k, cuz."  HOBSON said, "That s**t look good good?"  TROY DAVIS replied, "Man it's good ni**a...little CJ (JOHNSON) went half with me on some s**t on that s**t too right.  Instead of just going to get a half we got a zip (an ounce of drugs), you know what I mean."  Later in the conversation, TROY DAVIS said, "I cooked the s**t, my ni**a (cooked the drugs into crack).  I barely put a whip to that mother**ker and that bitch came back thirty-five (35 grams) and that bitch hard....I cooked the whole thing so that broke it down.  It was seventeen-fifty but I cooked it and I didn't have no hot water where he had met us they ain't have no hot water."

289.    On or about January 18, 2018, at approximately 4:08 p.m., TROY DAVIS made an outgoing call to WILLIAMS on the telephone.  During the conversation, WILLIAMS said, "Bring me a little half (half gram of cocaine), man."  TROY DAVIS replied, "Alright."

290.    On or about January 18, 2018, at approximately 6:41 p.m., TROY DAVIS received an incoming text message from HOBSON on the telephone.  The message said, "Only got 'bout 1 n half (ounces of cocaine) left."  TROY DAVIS responded to HOBSON via text message, "Food (heroin)."  HOBSON responded, "No."  At approximately 11:04 p.m., TROY DAVIS made an outgoing call to HOBSON on the telephone.  During the conversation, TROY DAVIS said, "You took the whole box with you?"  HOBSON replied, "Yeah, 'cause he didn't know what the f**k to grab I'm in this mutha f**king car bro, so i had grabbed the box, man."

TROY DAVIS said, "There's a lot of s**t in that box, man." At the end of the conversation TROY DAVIS told HOBSON, "So you need to leave that bitch alone, but take that box back to the house, man get that ya'll a quarter (1/4 ounce of drugs) out that s**t to the house before both ya'll get in trouble, man."

291.    On or about January 19, 2018, at approximately 12:14 a.m., TROY DAVIS sent an outgoing text message to ALKEEM FENNELL on the telephone.  The message said, "I got a 7 (quantity of drugs) play when I get off did y'all get all or some of that action?" ALKEEM FENNELL replied via text message, "WE GOT I THINK ALL DAT WAS N DA BAG ON TOP MAN YEA DAI DRUNK."

292.    On or about January 19, 2018, at approximately 12:17 p.m., TROY DAVIS received an incoming call from HOBSON on the telephone.  During the conversation, TROY DAVIS said, "That's all he give me. . . . nothing but 9 grams (of heroin)."   HOBSON responded, "What you mean 9 grams.  He only had 9 grams?"  TROY DAVIS stated, "It was 17 (grams), when I got it back up it was 9 grams, and he gave me 150 dollars, man." Later HOBSON said, "You feel me? 8 grams (of heroin) is missing and that what happened to the mother f**king plays with the heroin s**t because I wasn't doing.  I wasn't really active yesterday.  You feel me with all that bulls**t is going on like I f**king told him.  I didn't ... I was trying to make sure old girl didn't call the mother f**king police on me. You feel me?"

293.    On or about January 19, 2018, at approximately 3:00 p.m., TROY DAVIS received an incoming text message from STUDEBAKER on the telephone.  The message said, "I need 2 gs (grams of cocaine)."

294.    On or about January 19, 2018, at approximately 3:24 p.m., TROY DAVIS made an outgoing call to HOBSON on the telephone.  During the conversation, TROY DAVIS said, "Yo. I was saying, I was saying, where cuz got sent in meet me in uh that little situation that little

cuz got? You know what I'm talking about? You know what I'm talking about, a little scooby doo? Put like before 1 or 2 to the side a stuff for me?" HOBSON replied, "Alright I'll put it in the truck."

295.      On or about January 19, 2018, at approximately 7:08 p.m., TROY DAVIS made an outgoing call to ALKEEM FENNELL on the telephone. During the conversation, ALKEEM FENNELL said, "Oh. I got a ball in a hundred dollar lick man. My ni**as ain't answer the phone, man." TROY DAVIS replied, "Yeah that's what I'm tryna get out there too 'cause I gotta do that you know wanting some s**t too." ALKEEM FENNELL said, "Alright alright. Let me call him back, man."

296.      On or about January 19, 2018, at approximately 8:04 p.m., TROY DAVIS sent an outgoing text message to JARELL DAVIS. The message said, "28 (grams of cocaine)."

297.      On or about January 20, 2018, at approximately 9:32 a.m., TROY DAVIS received an incoming call from ELONZO DAVIS on the telephone. During the conversation, TROY DAVIS said, "Big Corky (ROGERS)." ELONZO DAVIS said, "Oh, ok... Man you get that s**t for ten-fifty ($1,050)." TROY DAVIS said, "I'm tryna tell you, bro. That ni**as gone piss me off, my ni**a. Ni**a I know I used to look out for this ... and this boy won't give me s**t, my ni**a. I don't care how the f**k he handle everybody else, my ni**a but ni**a I used to give you, when I had all that s**t ni**a I used to give you all the 40 or 50 grams (of drugs) ni**a you used to pay me. Yeah you used to pay me boy but wash my hand just like I washed your hand though." ELONZO DAVIS said, "Right." TROY DAVIS said, "You know I mean? You don't owe me nothing my ni**a yeah you paid me and all that ni**a but I gave you a chance ni**a, give me one. You feel me?" ELONZO DAVIS affirmed. At approximately 1:17 p.m., TROY DAVIS received an incoming call from ELONZO DAVIS on the telephone. During the conversation TROY DAVIS asked, "that's soft (cocaine)?" ELONZO DAVIS replied, "yea yea

hell yea." At approximately 2:58 p.m., TROY DAVIS received an incoming call from ELONZO DAVIS on the telephone. TROY DAVIS said, "Bo, you better tell him bro we got eleven fifty ($1,150) bro so you tell him an ounce and a quarter (of cocaine) or something, bro. You hear me?" ELONZO DAVIS replied, "Uh huh. Naw he aren't... He wants twelve." TROY DAVIS added, "Alright just tell him you got fourteen fifty ($1,450) bro and see what we can get for that."

298.    On or about January 20, 2018, at approximately 4:42 p.m., TROY DAVIS received an incoming call from LAWRENCE on the telephone. During the conversation TROY DAVIS said, "I got about 5-6 grams (of cocaine) unless you think you can get rid of it."

299.    On or about January 20, 2018, at approximately 5:32 p.m., TROY DAVIS received an incoming text message from STUDEBAKER, which said, "Good finally mf I need a hlf (gram of cocaine) lol."

300.    On or about January 20, 2018, at approximately 8:26 p.m., TROY DAVIS made an outgoing call to ELONZO DAVIS on the telephone, and asked, "That food (heroin) is it good?" ELONZO DAVIS replied, "Man, it's great." TROY DAVIS said, "Yeah I sold him a quarter (ounce) outta the s**t, and he ain't said nothing, and that was 3 hours ago bro." TROY DAVIS said, "Hell yeah...owe on a half."

301.    On or about January 21, 2018, at approximately 4:42 p.m., TROY DAVIS received an incoming call from LAWRENCE on the telephone. During the conversation, LAWRENCE said, "You know so, but yea that last one was short .8 (grams) you know what I'm saying after... Ok so but yea I'm gonna been you know the I wanna get the hard shell tacos (crack) tonight for dinner, you know."

302.    On or about January 21, 2018, at approximately 7:25 p.m., TROY DAVIS sent an outgoing text message to WARRENS on the telephone.  The text message said, "If I bring u a ball (3.75 grams of cocaine) how long it gne take u."

303.    On or about January 21, 2018, at approximately 12:22 p.m., TROY DAVIS made an outgoing call to ALKEEM FENNELL on the telephone.  During the conversation TROY DAVIS said, "What they want."  ALKEEM FENNELL said, "Some ugh… she wants some food (heroin) and some hard (crack)."  TROY DAVIS said, "How much they want?"  ALKEEM FENNELL replied, "twenty (grams of crack), she want a fifteen (grams) of food (heroin)."

304.    On or about January 22, 2018, at approximately 2:47 p.m., TROY DAVIS received an incoming text message from STUDEBAKER on the telephone.  The text message said, "So I want a half on front (provided a half gram of cocaine before paying for it) and then I'm paying for a G (a gram of cocaine)."

305.    On or about January 22, 2018, at approximately 7:51 p.m., TROY DAVIS received an incoming call from JOHNSON on the telephone.  During the conversation, TROY DAVIS said, "I found another dude (drug supplier) in mother f**kin Toledo, and s**t it's like an hour away, that s**t nine hundred ($900) my ni**a, and that bitch raw."  JOHNSON replied, "S**t that s**t I got the other day from ol' boy s**t you know I don't even do it like that s**t, I didn't even try we ain't have no big pot we did half and half (cooked cocaine to crack) and s**t that s**t came back to like forty two (grams)."

306.    On or about February 1, 2018, at approximately 2:32 p.m., TROY DAVIS received an incoming phone call from OLIVER, utilizing WASHINGTON's cellular phone.  During the conversation, OLIVER said, "Awe nephew said you had wanted some…wanted to holler but s**t, you know how Brody do it."  TROY DAVIS responded, "Right, but he ain't got it."  OLIVER then said, "No, he don't he said you know what I mean he just going to go."

76

TROY DAVIS then asked, "What's the check (cost) ... What's the number then?" OLIVER replied, "S**t you know how he do the 1-2. ($1,200). TROY DAVIS said, "Oh s**t, let me get the one and let me get thirty-five of them bro." TROY DAVIS then clarified, "Let me get thirty-five of them (35 grams of cocaine)."

307. On or about February 2, 2018, at approximately 9:51 p.m., TROY DAVIS received an incoming phone call from OLIVER. During the conversation, TROY DAVIS said, "I'm just getting back to the house. I'm counting up right now (counting money)." TROY DAVIS then asked, "You gonna come to my house?" OLIVER replied, "Yeah." At approximately 9:56 p.m., TROY DAVIS sent an outgoing text message to OLIVER. The text message stated, "35 (35 grams of cocaine)."

308. On or about February 3, 2018, at approximately 2:34 p.m., TROY DAVIS received an incoming call from STUDEBAKER on the telephone. During the conversation STUDEBAKER said, "I need a G (gram of cocaine) and a half whatever that is a teener (half of 1.75 grams of cocaine)." TROY DAVIS said, "Alright."

309. On or about February 3, 2018, at approximately 3:32 p.m., TROY DAVIS made an outgoing call to ALKEEM FENNELL on the telephone. During the conversation, TROY DAVIS told ALKEEM FENNELL, "Give Rob a 30 ($30 worth of drugs) over there by the motel room." ALKEEM FENNELL affirmed.

310. On or about February 3, 2018, at approximately 4:37 p.m., TROY DAVIS received an incoming text message from ALVIN FENNELL, which said, "Can you bring me a g (gram of cocaine) to tom house at the bar." At approximately 7:29 p.m., TROY DAVIS received an incoming call from ALVIN FENNELL on the telephone. During the conversation TROY DAVIS asked, "What you want?" ALVIN FENNELL advised, "Both, I want a half of food (half gram of heroin/fentanyl) and gram of hard (crack)." At approximately 7:35 p.m., TROY DAVIS

made an outgoing call to ALVIN FENNELL on the telephone. During the conversation ALVIN FENNELL said, "One spot by the school want one." TROY DAVIS said, "He want a gram too? So you want a gram, a half a gram and another gram (of drugs)?" ALVIN FENNELL said, "You talking too much on the phone. Two of those. I asked for two of them." At approximately 7:35 p.m., TROY DAVIS received an incoming text message from ALVIN FENNELL, which said, "2 gs (grams of cocaine)."

311.    On or about February 3, 2018, at approximately 8:00 p.m., TROY DAVIS received an incoming call from ALKEEM FENNELL. During the conversation, ALKEEM FENNELL said, "need a 7 (7 grams of narcotics)." TROY DAVIS affirmed. At approximately 11:22 p.m., TROY DAVIS received an incoming call from ALKEEM FENNELL. During the conversation, ALKEEM FENNELL said, "I need some more food (heroin)." TROY DAVIS affirmed.

312.    On or about February 3, 2018, at approximately 11:58 p.m., TROY DAVIS received an incoming text message from STUDEBAKER, which said, "I need a G and a half separate again please."

313.    On or about February 3, 2018, at approximately 11:58 p.m., TROY DAVIS received an incoming call from ALVIN FENNELL, where TROY DAVIS asked, "What you want?" ALVIN FENNEL said, "S**t I want the whole thing (a quantity of drugs)." TROY DAVIS affirmed.

314.    On or about February 3, 2018, at approximately 11:58 p.m., TROY DAVIS received an incoming text message from STUDEBAKER. The text message said, "Actually a G and two halfs all separate."

315. On or about February 4, 2018, at approximately 1:43 a.m., TROY DAVIS received an incoming text message from LAWRENCE, which said, "U up can I grab more…." TROY DAVIS replied, "Yes."

316. On or about February 4, 2018, at approximately 9:15 p.m., TROY DAVIS made an outgoing call to ALKEEM FENNELL, where TROY DAVIS said, "I've got a 90 dollar lick ($90 worth of drugs) for your boy." ALKEEM FENNELL affirmed. At approximately 9:20 p.m., TROY DAVIS made an outgoing call to ALKEEM FENNELL on the telephone. During the conversation, TROY DAVIS said, "He's gonna want you to give him two G's (two grams of drugs) and s**t, bro. So just do what you gotta do to get rid of that s**t it don't matter, you know what I mean." ALKEEM FENNEL replied, "Yeah, yeah." TROY DAVIS said, "Or you can give him one point seven (grams), or one point eight (grams), something like that, f**k him."

317. On or about February 5, 2018, at approximately 12:44 p.m., TROY DAVIS received an incoming text message from WARRENS. The text message said, "Hey my girl needs a g (one gram of cocaine) and my stuff is locked in my safe and I left my keys in my girls car and she's not off till 6. You able to bring me one she has the cash."

318. On or about February 5, 2018, at approximately 2:44 p.m., TROY DAVIS made an outgoing call to ALKEEM FENNELL. During the conversation, ALKEEM FENNELL said, "I need some more groceries (drugs) I got all the change for you on other thing." TROY DAVIS said, "I'll pull up at Dee Dees house I got a lick 120 ($120 worth of drugs) same white boy as before why Quan got a car and not doing anything? He ain't doing s**t bro."

319. On or about February 5, 2018, at approximately 6:53 p.m., TROY DAVIS received an incoming call from STUDEBAKER on the telephone. During the conversation, STUDEBAKER said, "Okay, well I need, uh a full one, and just a half, I need them separate though." TROY DAVIS replied, "Alright, alright."

320. On or about February 5, 2018, at approximately 6:54 p.m., TROY DAVIS received an incoming text message from ALVIN FENNELL on the telephone. The text message said, "I need a gram (of cocaine) I got the money." At approximately 9:34 p.m., TROY DAVIS received an incoming call from ALVIN FENNELL on the telephone. During the conversation, ALVIN FENNELL said, "I need two of them." TROY DAVIS said, "Call your son (ALKEEM FENNELL)."

321. On or about February 5, 2018, at approximately 3:59 p.m., TROY DAVIS received an incoming call from ELONZO DAVIS on the telephone. During the conversation TROY DAVIS said, "Trying to get forty... an ounce and a half." ELONZO DAVIS replied, "Come by Johnnie's (LAWRENCE'S residence)."

322. On or about February 6, 2018, at approximately 6:43 p.m., TROY DAVIS sent an outgoing text message to WARRENS. The text message said, "How much money you got for me?" WARRENS responded, "I think like 80-100 I don't remember where I was at its locked up i don't carry my cash. i no i got like 2 left I got couple people (drug customers) wanting stuff."

323. On or about February 6, 2018, at approximately 10:21 p.m., TROY DAVIS received an incoming text message from STUDEBAKER, which said, "Need ball (3.75 grams of cocaine)." TROY DAVIS affirmed via text message.

324. On or about February 7, 2018, at approximately 9:30 p.m., TROY DAVIS made an outgoing call to ALKEEM FENNELL. During the call, ALKEEM FENNELL said, "S**t I need some food (heroin)." TROY DAVIS replied, "You need some food (heroin)." ALKEEM FENNELL affirmed.

325. On or about February 7, 2018, at approximately 11:53 p.m., TROY DAVIS received an incoming call from ALVIN FENNELL. During the conversation ALVIN

FENNELL asked, "How much grams did I get off of you?" TROY DAVIS said, "Three of them (three grams of cocaine) and some food (heroin) too."

326.    On or about February 8, 2018, at approximately 12:15 p.m., TROY DAVIS received an incoming call from WILLIAMS. During the conversation, WILLIAMS said, "Yeah I need two of them (grams of cocaine)." TROY DAVIS affirmed.

327.    On or about February 8, 2018, at approximately 4:14 p.m., TROY DAVIS received an incoming call from HOBSON. During the conversation, TROY DAVIS said, "Bo (ELONZO DAVIS) is getting the bag." HOBSON said, "That s**t nice (good quality)?" TROY DAVIS said, "Yeah." HOBSON said, "For real, what's up?" TROY DAVIS said, "1050 ($1,050)." HOBSON said, "That's whats up."

328.    On or about February 8, 2018, at approximately 7:03 p.m., TROY DAVIS received an incoming call from ELONZO DAVIS. During the conversation, TROY DAVIS said, "S**t I was trying to tell you do seven more boy (seven more grams of heroin) if you can." ELONZO DAVIS affirmed. TROY DAVIS said, "And the other thing (cocaine)." ELONZO DAVIS affirmed.

329.    On or about February 10, 2018, CS-3 purchased 6.94 grams of cocaine from WASHINGTON for $340.00 dollars on Artemes Court in Elyria, Ohio.

330.    On or about February 12, 2018, at approximately 5:45 p.m., TROY DAVIS received an incoming call from ALKEEM FENNELL. During the call, ALKEEM FENNELL asked, "Can I get a 50?" TROY DAVIS replied, "You want a 50." ALKEEM FENNELL affirmed.

331.    On or about February 12, 2018, at approximately 10:18 p.m., TROY DAVIS made an outgoing call to WILLIAMS. During the conversation, WILLIAMS said, "80 I say bring me a gram (a gram of cocaine)."

332. On or about February 12, 2018, at approximately 10:32 p.m., TROY DAVIS received an incoming text message from STUDEBAKER, which said, "Do a G (gram of cocaine) but 2 separate halfs bout to pullin'."

333. On or about February 14, 2018, at approximately 12:37 p.m., TROY DAVIS made an outgoing call to ALKEEM FENNELL. During the conversation, ALKEEM FENNELL said, "I got four for you right now." TROY DAVIS said, "I'm at the house just come on by."

334. On or about February 14, 2018, at approximately 9:20 p.m., TROY DAVIS received an incoming call from ALVIN FENNELL. During the conversation TROY DAVIS said, "What you wanted?" ALVIN FENNELL said, "A G (gram of drugs)." TROY DAVIS affirmed.

335. On or about February 20, 2018, CS-5 purchased .43 grams of a mixture of para-Flouroisobutyryl Fentanyl and Methoxyacetyl Fentanyl and .22 grams of cocaine base (crack) from FLUKER and TROY MARTIN for $100.00 dollars on Monticello Circle in Elyria, Ohio.

336. On or about March 1, 2018, at approximately 7:47 p.m., WASHINGTON made an outgoing call to B.P. (known to the Grand Jury but not charged herein). During the conversation, B.P. said, "Nice hell yeah make up for that dog." WASHINGTON replied, "Man I got some food (heroin) for you on the side." B.P. said, "S**t man I ain't even eating right now I'm still working on what I got from ole boy the other day last week." WASHINGTON replied, "Oh yeah I know it's been kind of slim around here I mean mother f**kers acting stingy with this." B.P. told WASHINGTON, "Save it for me until Saturday then."

337. On or about March 2, 2018, at approximately 10:22 a.m., WASHINGTON sent an outgoing text message to D.R. (known to the Grand Jury but not charged herein) on the telephone. The text message said, "I couldn't sell that Bull u gave so I had to give it out."

338. On March 5, 2018, at approximately 9:22 p.m., WASHINGTON received an incoming phone call from OLIVER. During the conversation, OLIVER asked, "Ya'll ain't need me before I came out did you?" WASHINGTON replied, "Yeah." OLIVER asked, "Huh?" WASHINGTON then stated, "Yeah, he said half way there (a half ounce of cocaine)." OLIVER replied, "Alright."

339. On or about March 7, 2018, at approximately 12:54 p.m., WASHINGTON sent an outgoing text message to D.R. The text message said, "I have A Band ($1,000) for U right bro wher u At."

340. On or about March 14, 2018, a confidential source, hereinafter CS-7, purchased .59 grams of cocaine base (crack) and .22 grams of 3-Methyl Fentanyl from JOHNSON for $100.00 near a Family Dollar store in Elyria, Ohio.

341. On or about March 16, 2018, at approximately 2:35 p.m., WASHINGTON made an outgoing call to T.C. (known to the Grand Jury but not charged herein). During the conversation, T.C. said, "I haven't forgot about you ni**a I know you need that little gapper (a small amount of drugs to keep dealer in supply until full re-order). I got it for you." WASHINGTON affirmed.

342. On or about March 16, 2018, at approximately 6:13 p.m., WASHINGTON made an outgoing call to P.S. (known to the Grand Jury but not charged herein). During the conversation, WASHINGTON said, "alright P it's. . . I put it under that tarp behind the. . . by the door." P.S. replied, "Alright I'm telling you it's too early for me man." WASHINGTON said, "I know man just do what you gotta do man. I put it under that tarp by the close. . . the one close to the step behind the house." P.S. replied, "If it's official though I'll be giving you a call." WASHINGTON said, "Man its official it's the same one I gave you last time. . . alright."

343. On or about March 17, 2018, at approximately 3:45 p.m., WASHINGTON made an outgoing call to K.F. (known to the Grand Jury but not charged herein). During the conversation, WASHINGTON said, "That's what's up. I want a little piece of that. . . just a little. . . like a little piece of it like a couple grams (of drugs) to show somebody." K.F. said, "For what." WASHINGTON said, "I just want. . . 'cause they wanna try it out, try out what i be getting. Just a grammy or two (a gram or two). A gram and a half (of drugs)."

344. On or about March 18, 2018, at approximately 12:29 p.m., WASHINGTON made an outgoing call to D.B. (known to the Grand Jury but not charged herein). During the conversation, WASHINGTON said, "I had a little something I'm gonna bless you with, just to give you man, see if you like ya like it dog." D.B. replied, "Ya, I really, I appreciate that man, ya I mean, I'll try it and I'll hit you back up, you know what I'm saying like, no doubt about that." WASHINGTON said, "Ya, no big deal." D.B. said, "I'm sure it ain't no, no bs [laughs]." WASHINGTON said, "Na, I picked up a nine (nine ounces of drugs) it ain't, it ain't, no, this is, you'll like it, it ain't no big deal, I got, I mean a little something I had for you, had put it aside, see if you like it."

345. On or about March 23, 2018, at approximately 1:54 p.m., WASHINGTON received an incoming text message from D.B., which said, "I got you Bro. Appreciate it. And you think I could get a zip (ounce) of that stuff (drugs) tonight?" WASHINGTON replied via text message, "I'll talk to u when I see u bro ok I got u."

346. On or about April 12, 2018, in Elyria, Ohio, TROY DAVIS possessed approximately 13.86 grams of crack inside a small ziploc bag. TROY DAVIS admitted the crack was his.

347. On or about April 19, 2018, a confidential source, hereinafter CS-8, received 24.93 grams of fentanyl from VAUGHN, as payment for a previous drug debt owed CS-8. This

transfer of drugs took place near the Shrimp Boat Restaurant located on Kinsman Road in Cleveland, Ohio.

348.     On or about May 15, 2018, near his residence on Bell Avenue in Elyria, Ohio, TROY DAVIS possessed thirty-one (31) Furanyl Fentanyl pills stamped to look like 30 mg. Percocet pills.

All in violation of Title 21, United Stated Code, Section 846.

### COUNT 2
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

349.     On or about January 19, 2017, in the Northern District of Ohio, Eastern Division, Defendant ALVIN FENNELL did knowingly and intentionally distribute approximately 2.42 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT 3
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

350.     On or about January 31, 2017, in the Northern District of Ohio, Eastern Division, Defendant ALVIN FENNELL did knowingly and intentionally distribute approximately .89 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT 4
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

351.     On or about June 6, 2017, in the Northern District of Ohio, Eastern Division, Defendant TROY DAVIS did knowingly and intentionally distribute approximately .84 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 5
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

352.     On or about June 9, 2017, in the Northern District of Ohio, Eastern Division, Defendant ELONZO DAVIS did knowingly and intentionally distribute approximately .93 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 6
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

353.     On or about June 12, 2017, in the Northern District of Ohio, Eastern Division, Defendant ELONZO DAVIS did knowingly and intentionally distribute approximately 2.90 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 7
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

354.     On or about June 30, 2017, in the Northern District of Ohio, Eastern Division, Defendant ALVIN FENNELL did knowingly and intentionally distribute approximately 2.55 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 8
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

355.     On or about July 22, 2017, in the Northern District of Ohio, Eastern Division, Defendant ARTHUR SOLOMON did knowingly and intentionally distribute approximately .3 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 9
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

356.     On or about August 1, 2017, in the Northern District of Ohio, Eastern Division, Defendant ELONZO DAVIS did knowingly and intentionally distribute approximately 1.81 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 10
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

357.     On or about August 7, 2017, in the Northern District of Ohio, Eastern Division, Defendant TROY DAVIS did knowingly and intentionally distribute approximately .57 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 11
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

358.     On or about August 14, 2017, in the Northern District of Ohio, Eastern Division, Defendant TRAMAINE MICKEY WRIGHT did knowingly and intentionally distribute approximately .54 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 12
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

359.     On or about August 23, 2017, in the Northern District of Ohio, Eastern Division, Defendant TROY DAVIS did knowingly and intentionally distribute approximately 2.04 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 13
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

360.     On or about September 6, 2017, in the Northern District of Ohio, Eastern Division, Defendant TROY DAVIS did knowingly and intentionally distribute approximately 1.14 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, U-4770, a Schedule I controlled substance, and carfentanil and fentanyl, both Schedule II controlled substances, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 14
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

361.     On or about September 7, 2017, in the Northern District of Ohio, Eastern Division, Defendant ELONZO DAVIS did knowingly and intentionally distribute approximately 2.24 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 15
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

362.     On or about September 7, 2017, in the Northern District of Ohio, Eastern Division, Defendant ELONZO DAVIS did knowingly and intentionally distribute approximately .85 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 16
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

363.     On or about September 13, 2017, in the Northern District of Ohio, Eastern

Division, Defendant TROY DAVIS did knowingly and intentionally distribute approximately

3.05 grams of a mixture or substance containing a detectable amount of heroin and 3-Methyl

Fentanyl, Schedule I controlled substances, in violation of Title 21, United Stated Code, Sections

841(a)(1) and (b)(1)(C).

COUNT 17
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

364.     On or about September 15, 2017, in the Northern District of Ohio, Eastern

Division, Defendant TROY DAVIS did knowingly and intentionally distribute approximately .88

grams of a mixture or substance containing a detectable amount cocaine base (crack), a Schedule

II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and

(b)(1)(C).

COUNT 18
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

365.     On or about September 28, 2017, in the Northern District of Ohio, Eastern

Division, Defendant TROY DAVIS did knowingly and intentionally distribute approximately 3.6

grams of a mixture or substance containing a detectable amount of heroin, a Schedule I

controlled substance, cocaine, a Schedule II controlled substance, and 3-Methyl Fentanyl, a

Schedule I controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1)

and (b)(1)(C).

COUNT 19
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

366.     On or about October 6, 2017, in the Northern District of Ohio, Eastern Division, Defendant TROY DAVIS did knowingly and intentionally distribute approximately 2.28 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and 3-Methyl Fentanyl, a Schedule I controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 20
(Interstate Travel in Aid of Racketeering, in violation of 18 U.S.C. § 1952(a)(3) and 2)

The Grand Jury further charges:

367.     Between on or about October 15, 2017, and December 1, 2017, in the Northern District of Ohio, Eastern Division, Defendant TROY DAVIS did travel in interstate commerce between South Carolina, and Ohio with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, to wit: a business enterprise involving the distribution of Furanyl Fentanyl, a Schedule I controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and 846, and then Defendant thereafter did perform and attempt to perform acts to promote, manage, carry on, and facilitate the promotion, management, and carrying on of said unlawful activity, in violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

## COUNT 21
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

368.     On or about November 8, 2017, in the Northern District of Ohio, Eastern Division, Defendant TERRANCE WILLIAMS did knowingly and intentionally distribute approximately .38 grams of a mixture or substance containing a detectable amount of cocaine

base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code,

Sections 841(a)(1) and (b)(1)(C).

## COUNT 22
(Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§
841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury further charges:

369.     On or about December 11, 2017, in the Northern District of Ohio, Eastern

Division, Defendants TROY DAVIS and ALVIN FENNELL did knowingly and intentionally

possess with intent to distribute approximately 12.6 grams of a mixture or substance containing a

detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United

Stated Code, Sections 841(a)(1) and (b)(1)(C), and Title 18 United States Code, Section 2.

## COUNT 23
(Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§
841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury further charges:

370.     On or about December 11, 2017, in the Northern District of Ohio, Eastern

Division, Defendants TROY DAVIS and ALVIN FENNELL did knowingly and intentionally

possess with intent to distribute approximately 12.6 grams of a mixture or substance containing a

detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United

Stated Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 24
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

371.     On or about December 11, 2017, in the Northern District of Ohio, Eastern

Division, Defendant DEONDRE VAUGHN did knowingly and intentionally distribute

approximately 12.6 grams of a mixture or substance containing a detectable amount of cocaine, a

Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 25
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

372.     On or about December 11, 2017, in the Northern District of Ohio, Eastern Division, Defendant DEONDRE VAUGHN did knowingly and intentionally distribute approximately 12.6 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 26
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

373.     On or about January 6, 2018, in the Northern District of Ohio, Eastern Division, Defendant TROY MARTIN did knowingly and intentionally distribute approximately .35 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 27
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

374.     On or about January 11, 2018, in the Northern District of Ohio, Eastern Division, Defendant JOHNNIE LAWRENCE did knowingly and intentionally distribute approximately .23 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, fentanyl, a Schedule II controlled substance, and Cyclopropyl Fentanyl, a

Schedule I controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 28
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

375.    On or about January 15, 2018, in the Northern District of Ohio, Eastern Division, Defendant TROY MARTIN did knowingly and intentionally distribute approximately .26 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 29
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

376.    On or about February 10, 2018, in the Northern District of Ohio, Eastern Division, Defendant LEON LAMONT WASHINGTON did knowingly and intentionally distribute approximately 6.94 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 30
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2)

The Grand Jury further charges:

377.    On or about February 20, 2018, in the Northern District of Ohio, Eastern Division, Defendants RICHARD FLUKER and TROY MARTIN did knowingly and intentionally distribute approximately .22 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of

94

Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 31
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury further charges:

378.    On or about February 20, 2018, in the Northern District of Ohio, Eastern Division, Defendants RICHARD FLUKER and TROY MARTIN did knowingly and intentionally distribute approximately .43 grams of a mixture or substance containing a detectable amount of para-Fluourasobutyryl Fentanyl and Methoxyacetyl Fentanyl, Schedule I controlled substances, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 32
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

379.    On or about March 14, 2018, in the Northern District of Ohio, Eastern Division, Defendant QUADRON JOHNSON did knowingly and intentionally distribute approximately .59 grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 33
(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

380.    On or about March 14, 2018, in the Northern District of Ohio, Eastern Division, Defendant QUADRON JOHNSON did knowingly and intentionally distribute approximately .22 grams of a mixture or substance containing a detectable amount of 3-MethylFentanyl, a Schedule

I controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and

(b)(1)(C).

COUNT 34

(Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§
841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

381.    On or about April 12, 2018, in the Northern District of Ohio, Eastern Division,

Defendant TROY DAVIS did knowingly and intentionally possess with intent to distribute

approximately 13.86 grams of a mixture or substance containing a detectable amount of cocaine

base (crack), a Schedule II controlled substance, in violation of Title 21, United Stated Code,

Sections 841(a)(1) and (b)(1)(C).

COUNT 35

(Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§
841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

382.    On or about April 12, 2018, in the Northern District of Ohio, Eastern Division,

Defendant TROY DAVIS did knowingly and intentionally possess with intent to distribute

approximately .14 grams of a mixture or substance containing a detectable amount of fentanyl, a

Schedule II controlled substance, and heroin, a Schedule I controlled substance, in violation of

Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 36

(Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

383.    On or about April 19, 2018, in the Northern District of Ohio, Eastern Division,

Defendant DEONDRE VAUGHN did knowingly and intentionally distribute approximately

24.93 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II

96

Case: 1:18-cr-00331-BYP  Doc #: 1  Filed:  06/21/18  97 of 99.  PageID #: 97

controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 37

(Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§
841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

384.　　On or about May 15, 2018, in the Northern District of Ohio, Eastern Division, Defendant TROY DAVIS did knowingly and intentionally possess with intent to distribute approximately 3.76 grams of a mixture or substance containing a detectable amount of Furanylfentanyl, a Schedule I controlled substance, in violation of Title 21, United Stated Code, Sections 841(a)(1) and (b)(1)(C).

COUNTS 38-59

(Use of a Communication Facility in Furtherance of a Drug Trafficking Crime, in violation
of 21 U.S.C. § 843(b))

The Grand Jury further charges:

385.　　On or about the dates and apparent times listed below, in the Northern District of Ohio, and elsewhere, those Defendants listed below did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony, under Title 21, United Stated Code, Section 846:

| Count | Defendants | Date | Time |
|---|---|---|---|
| 38 | TROY DAVIS<br>AARON WHITE | October 8, 2017 | 7:17 p.m. |
| 39 | ELONZO DAVIS<br>WILLIAM SOLOMON | October 12, 2017 | 10:39 a.m. |
| 40 | TROY DAVIS<br>RICHARD FLUKER | October 17, 2017 | 11:36 p.m. |
| 41 | TROY DAVIS<br>TROY MARTIN | October 18, 2017 | 9:03 p.m. |
| 42 | TROY DAVIS<br>JOHNNIE LAWRENCE | October 19, 2017 | 8:28 p.m. |
| 43 | ELONZO DAVIS<br>ARTHUR SOLOMON | October 20, 2017 | 5:43 p.m. |
| 44 | TROY DAVIS | October 22, 2017 | 12:56 a.m. |

97

| | | CASSANDRA STUDEBAKER | | |
|---|---|---|---|---|
| 45 | | TROY DAVIS<br>STEPHEN PHARES | October 23, 2017 | 1:26 p.m. |
| 46 | | ROY DAVIS<br>REGINALD JENKINS | October 23, 2017 | 3:29 p.m. |
| 47 | | ELONZO DAVIS<br>JARELL DAVIS | October 27, 2017 | 5:00 p.m. |
| 48 | | TROY DAVIS<br>ALVIN FENNELL | October 31, 2017 | 10:51 p.m. |
| 49 | | TROY DAVIS<br>MALIK HOBSON | November 11, 2017 | 11:10 a.m. |
| 50 | | TROY DAVIS<br>MYRON L. PRYOR | November 17, 2017 | 5:40 p.m. |
| 51 | | TROY DAVIS<br>COURTNEY WARRENS | November 18, 2017 | 1:52 p.m. |
| 52 | | TROY DAVIS<br>DEONDRE VAUGHN | November 18, 2017 | 9:11 p.m. |
| 53 | | TROY DAVIS<br>QUADRON JOHNSON | November 18, 2017 | 11:18 p.m. |
| 54 | | TROY DAVIS<br>TOMMIE RICHARDSON | November 22, 2017 | 6:25 p.m. |
| 55 | | TROY DAVIS<br>TERRANCE WILLIAMS | December 14, 2017 | 11:21 p.m. |
| 56 | | TROY DAVIS<br>ANTHONY ROGERS | January 17, 2018 | 2:18 p.m. |
| 57 | | TROY DAVIS<br>ALKEEM FENNELL | January 19, 2018 | 7:08 p.m. |
| 58 | | TROY DAVIS<br>RAYMOND TRENELL OLIVER | February 2, 2018 | 9:51 p.m. |
| 59 | | LEON LAMONT WASHINGTON | March 1, 2018 | 7:47 p.m. |

All in violation of Title 21, United Stated Code, Section 843(b).

## FORFEITURE

The Grand Jury further charges:

386.    The allegations of Counts 1-59, inclusive are hereby realleged and incorporated

herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States

Code, Section 853.  As a result of the forgoing offenses, Defendants TROY DAVIS,

REGINALD JENKINS, STEPHEN PHARES, DEONDRE VAUGHN, JARELL DAVIS,

LEON LAMONT WASHINGTON, RAYMOND TRENELL OLIVER, ANTHONY ROGERS,

ELONZO DAVIS, QUADRON JOHNSON, WILLIAM SOLOMON, MALIK HOBSON,

JOHNNIE LAWRENCE, RICHARD FLUKER, TROY MARTIN, MYRON L. PRYOR,

ALVIN FENNELL, TERRANCE WILLIAMS, AARON WHITE, ALKEEM FENNELL,

CASSANDRA STUDEBAKER, COURTNEY WARRENS, TOMMIE RICHARDSON,

ARTHUR SOLOMON, and TRAMAINE MICKEY WRIGHT shall forfeit to the United States

any and all property constituting or derived from any proceeds they obtained directly or

indirectly as a result of the said violations; and, any and all of their property used or intended to

be used in any manner or part to commit or to facilitate the commission of the said violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.